1  GREEN & HALL, A Professional Corporation
   HOWARD D. HALL, State Bar No. 145024
2     hdhall@greenhall.com
   MICHAEL E. LISKO, State Bar No. 233632
3     mlisko@greenhall.com
   1851 East First Street, 10th Floor
4  Santa Ana, California 92705-4052
   Telephone: (714) 918-7000
5  Facsimile: (714) 918-6996

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8              UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

| 11 | GEOFFREY HOLROYD, and JUNE HOLROYD, | CASE NO. CV15-2455 RGK (ASx) |
|----|---|---|
| 12 | | **STIPULATION GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| 13 | Plaintiffs, | |
| 14 | vs. | [Filed concurrently with [Proposed] Order] |
| 15 | NATIONSTAR MORTGAGE, LLC, | |
| 16 | Defendant. | JUDGE: Hon. R. Gary Klausner<br>CTRM: 850 |
| 17 | | |
| 18 | | Action Filed: April 2, 2015<br>Trial Date: None Set |

19

20         **WHEREAS** Defendant NATIONSTAR MORTGAGE LLC ("Nationstar")

21  was served with the Complaint of Plaintiffs GEOFFREY HOLROYD and JUNE

22  HOLROYD ("Plaintiffs") in this action on April 8, 2015;

23         **WHEREAS** counsel for Plaintiffs and Nationstar have been meeting and

24  conferring about the pleadings in this action, and potential settlement thereof, since

25  April 22, 2015;

26  ///

27  ///

28  ///

1  **WHEREAS** Plaintiffs filed and served a First Amended Complaint in this
2  action, as a matter of right, on April 29, 2015;

3  **WHEREAS** Plaintiffs seek to file and serve a Second Amended Complaint, a
4  true and correct copy of which is attached hereto as Exhibit "A," in this action in
5  connection with the parties' ongoing meet-and-confer efforts;

6  **WHEREAS** Plaintiffs and Nationstar agree that Plaintiffs may file and serve
7  the Second Amended Complaint, attached hereto as Exhibit "A," in this action;

8  **WHEREAS** Plaintiffs and Nationstar further agree that Nationstar may raise
9  any and all substantive pleading challenges to the Second Amended Complaint,
10 attached hereto as Exhibit "A," within fourteen (14) days of the electronic docketing
11 of the Court's Order approving this Stipulation; and

12 **WHEREAS** Plaintiffs and Nationstar also agree that, should the Court deny
13 this Stipulation for any reason, Nationstar may raise any and all substantive pleading
14 challenges to the First Amended Complaint in this action (Dkt. #11) within fourteen
15 (14) days of the electronic docketing of the Court's Order denying this Stipulation.

16 **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between
17 Plaintiffs GEOFFREY HOLROYD and JUNE HOLROYD, by and through their
18 attorneys, THE LAW OFFICES OF JOSEPH R. MANNING, JR., A Professional
19 Corporation, and Defendant NATIONSTAR MORTGAGE LLC, by and through its
20 attorneys, GREEN & HALL, A Professional Corporation, that, pursuant to Fed. R.
21 Civ. P. 15(a):

22  1. Plaintiffs may file and serve the Second Amended Complaint, attached
23     hereto as Exhibit "A," in this action;
24  2. Nationstar may raise any and all substantive pleading challenges to the
25     Second Amended Complaint, attached hereto as Exhibit "A," within
26     fourteen (14) days of the electronic docketing of the Court's Order
27     approving this Stipulation; and
28  ///

3. In the alternative, Nationstar may raise any and all substantive pleading challenges to the First Amended Complaint in this action (Dkt. #11) within fourteen (14) days of the electronic docketing of the Court's Order denying this Stipulation.

SO STIPULATED.

DATED: June 9, 2015

THE LAW OFFICES OF JOSEPH R. MANNING, JR., A Professional Corporation

By: /s/ Joseph R. Manning, Jr.
Joseph R. Manning, Jr.
Attorneys for Plaintiffs
GEOFFREY HOLROYD and JUNE HOLROYD

DATED: June 9, 2015

GREEN & HALL, A Professional Corporation

By: /s/ Michael E. Lisko
Howard D. Hall
Michael E. Lisko
Attorneys for Defendant
NATIONSTAR MORTGAGE LLC