1 | **THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
2 | **A PROFESSIONAL CORPORATION**
Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
3 | Michael J. Manning, Esq. (State Bar No. 286879)
4 | Craig G. Côté, Esq. (State Bar No. 132885)
4667 MacArthur Boulevard, Suite 150
5 | Newport Beach, CA 92660
6 | PH: (949) 200-8755
FX: (866) 843-8308
7 |
8 | Attorneys for Plaintiffs: GEOFFREY H. and JUNE D. HOLROYD
9 | Individually and as Trustees

10

11

12 | **UNITED STATES DISTRICT COURT**

13 | **CENTRAL DISTRICT OF CALIFORNIA**

14 | **WESTERN DIVISION**

15

16

| | |
|---|---|
| GEOFFREY H. HOLROYD, and | **Case No.: 2:15-cv-02455-RGK-AS** |
| JUNE D. HOLROYD, | **SECOND AMENDED** |
| INDIVIDUALLY and as | **COMPLAINT FOR DAMAGES** |
| TRUSTEES OF THE HOLROYD | **CAUSES OF ACTION:** |
| FAMILY TRUST, | **I: VIOLATION OF** |
| | **12 C.F.R § 1024.36(c)** |
| PLAINTIFFS, | **II: VIOLATION OF** |
| | **12 C.F.R. § 1024.36(d)(2)(B)** |
| vs. | **III: VIOLATION OF** |
| | **12 C.F.R. § 1024.36(d)(2)(A)** |
| NATIONSTAR MORTGAGE, | **IV: VIOLATION OF** |

1
**SECOND AMENDED COMPLAINT FOR DAMAGES**

LLC,

DEFENDANT.

12 C.F.R. § 1024.36(d)(1)(i)-(ii)

**V: VIOLATION OF**
**12 C.F.R. § 1026.36(c)(3)**

**VI: VIOLATION OF**
**12 C.F.R. § 1026.36**

**VII: VIOLATIONS OF B&P § 17200**

**VIII: VIOLATIONS OF FDCPA**

**IX: VIOLATIONS OF THE**
**ROSENTHAL ACT**

**X: VIOLATIONS OF W&I**
**§1561.07(a)**

**JURY TRIAL DEMANDED**

Plaintiffs Geoffrey H. Holroyd and June D. Holroyd, individually and as Trustees of the Holroyd Family Trust ("Plaintiffs") for claims for relief against Defendant allege as follows:

### COMPLAINT SEEKING DAMAGES AND INJUNCTIVE RELIEF

### PARTIES

1.     GEOFFREY H. HOLROYD, and JUNE D. HOLROYD, individually and as Trustees of the Holroyd Family Trust, are elder citizens and are residents of Santa Barbara, CA.  As defined by California's Elder Abuse and Dependent Adult Civil Protection Act, Welfare & Institutions Code ("W&IC") § 15610.27 "an 'elder' means any person residing in this state, 65 years of age or older." At all times relevant herein, Plaintiffs are and were 65 years of age or older, specifically, Plaintiff Geoffrey H. Holroyd is age 91 (DOB: October 31, 1923)

**SECOND AMENDED COMPLAINT FOR DAMAGES**

and Plaintiff June D. Holroyd is age 88 (DOB: June 10, 1926).

2.  At all times relevant herein, and from on or about January 22, 2004, Plaintiffs own the subject real property having the commonly known address of 740 Coyote Road, Santa Barbara, CA 93108 (the "Property").

3.  Defendant Nationstar Mortgage, LLC, ("Defendant" or "Nationstar") is the current servicer and creditor of a Note secured by a Deed of Trust on the Property (the "Mortgage") (collectively referred to hereinafter as the "Subject Loan" or "Loan").

4.  Plaintiffs allege that the payments under the Note that are part of the Loan in this case were in default or were alleged by the Defendant to be in default at the time the Defendant acquired the rights to service the Loan.

## JURISDICTION AND VENUE

5.  Personal and subject matter jurisdiction is conferred on this Court pursuant to the provisions of Section 84(c)(2) of Title 28 of the United States Code and Section 1331 of Title 28 of the United States Code because this proceeding arises under the Dodd-Frank Wall Street Reform and Consumer Protection Act (DFA), the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601, *et seq.* (RESPA) and the Truth in Lending Act, 15 U.S.C. §§ 11601, *et seq.* (TILA). Personal and subject matter jurisdiction is conferred on this Court for the State Court Cause of Action as permitted by Section 1367of Title 28 of the U.S. Code.

6.  Venue lies in this District pursuant to Section 1391(b)(2) of Title 28 of the United States Code in that a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated as hereinafter alleged.

## FOUNDATIONAL FACTUAL SETTING

7.  On or about January 10, 2006, Plaintiffs entered into a residential loan

**SECOND AMENDED COMPLAINT FOR DAMAGES**

agreement ("Loan") regarding the Property with non- party Countrywide Bank, N.A. by executing a Mortgage thereto. The subject mortgage loan is and was a "federally related mortgage loan" as hereinafter alleged.

8.     Plaintiffs are informed and believe, and upon such information and belief, allege that on or about April 1, 2014, Defendant became a beneficiary and a subsequent servicer to the Loan originally originated by Countrywide Bank, N.A.

9.     Plaintiffs are informed and believe and upon such information and belief, allege Defendant began servicing the Loan on or about April 1, 2014.

10.     As a mortgage servicer, Defendant is engaged in handling accounting, customer service, collection, and virtually all other services related to managing the residential mortgage loans in its portfolio.  For all practical purposes, Defendant and other mortgage servicers generally appear to the borrowers whose loan they service as the mortgagee or "lender."  In fact, Defendant frequently refers to itself, as it did here, as Plaintiffs' lender.

11.     Plaintiffs are informed and believe, and upon such information and belief, allege that on or before November 17, 2014, Defendant transmitted written notices to Plaintiffs that, inter alia, stated Defendant had referred the Loan for foreclosure without any details concerning the Loan or its status, as to any claimed amount to cure the Loan's default.

12.     Plaintiffs are informed and believe and upon such information and belief allege that on or about December 30, 2014, Defendant transmitted to Plaintiffs a written notice that was received on a date unknown to Plaintiffs at this time. This certain notice stated, inter alia, that Defendant was accelerating the balance remaining due under the Deed of Trust secured to the Property in the amount of $424,252.76.

13.     Thereafter, Plaintiffs desired to obtain information related to the servicing

**SECOND AMENDED COMPLAINT FOR DAMAGES**

of their loan pursuant to Regulation X of RESPA and Regulation Z of TILA, as more particularly alleged hereinbelow, including but not limited to, Defendant's servicing records and loss mitigation options to avoid foreclosure.

14.     Instead of addressing the requested information pursuant to Regulation X and Regulation Z (as alleged more particularly set forth hereinbelow), Defendant filed a Notice of Default and Election To Sell Under Deed of Trust on or about March 17, 2015.  Said Notice claimed $446,593.42 is now due and owing as of March 11, 2015.

## BACKGROUND AS TO NATURE OF THE ACTION

### 1. Regulation X and Regulation Z

15.     This action is specifically filed to enforce the amended Regulation X, 12 C.F.R. Section 1024.30 through Section 1024.41, and also amended Regulation Z, Section 1026.36, both made effective January 10, 2014.

16.     This case arises from Nationstar Mortgage's ("Defendant") willful failure and/or complete disregard to the rights of Plaintiffs arising from Defendant's statutory obligations and duties under Regulation X of RESPA and Regulation Z of TILA.  Plaintiffs allege that they are entitled to statutory damages and have suffered "actual damages" as alleged hereinafter.

17.     Specifically, it is alleged that as the result of the willful and intentional failure of the Defendant to comply with these Regulations, action was taken by Plaintiffs such that damages, costs and expenses were incurred (as set forth hereinafter ) by the Plaintiffs to seek such compliance, and that Plaintiffs suffered such other damages, as emotional and psychological harm, because of Defendant's refusal to comply. Defendant's non-compliance has created uncertainty, unrest, anguish, and other physical and mental reactions to Plaintiffs because Plaintiffs are held

**SECOND AMENDED COMPLAINT FOR DAMAGES**

hostage to the unknown of whether they will be able to stay in their residence through Defendant's Loss Mitigation programs or be able to reinstate their Property's Loan or be able to sell the Property.

18.     Plaintiffs alleged that on or before the serving of Reg X and Reg Z RFIs alleged herein, and on or about December 1, 2014, Defendant sent, and Plaintiffs received, a Mortgage Loan Statement from Defendant which identified one particular address for all inquiries, including but not limited to RFIs.  Plaintiffs relied upon this representation of Defendant and mailed their RFIs to that address so identified by Defendant in its letter to Plaintiffs.

19.     Thereafter, without written notification that there was a new address for RFIs/NOEs, Defendant posted on its web site two addresses to address "concerns", RFIs and NOEs.  Confused by the two addresses provided, and without written notification to Plaintiffs as required by code as to a new address, Plaintiffs sent RFIs to the address printed on the letter referenced above and NOEs to the other address which specifically called for NOEs to be sent there.  Defendant's posting on the internet multiply addresses and an address not provided in writing to Plaintiffs is a violation of 12 C.F.R. § 1024.35(c) and 12 C.F.R. § 1024.36(b).

20.     The Loan at issue in this case is a "federally related mortgage" as that term is defined by Regulation X of RESPA, 12 C.F.R. § 1024.5(a); Defendant is subject to Regulation X of RESPA, 12 C.F.R. § 1024.5(a) and the Defendant is not subject to any of the small servicer exceptions as provided for by 12 C.F.R. § 1026.41(e)(4)(ii).

21.     Plaintiffs allege that the Defendant must comply with written Requests for Information ("RFI") related to the servicing of a federally related mortgage loan under 12 C.F.R. § 1024.36 of Regulation X of the

**6**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

Mortgage Servicing Act under RESPA. RESPA, in its detailed Regulation X, mandates that a mortgage servicer must respond to written requests from a borrower that relate to the servicing of a mortgage (12 U.S.C. § 2605(e); 12 C.F.R. § 1024.36(c)) by acknowledging receipt of such correspondence within 5 days (excluding legal public holidays, Saturdays, and Sundays) and by thereafter providing the requested information within 30 days (excluding legal public holidays, Saturdays, and Sundays), except a request for the Owner of the Note which requires a response within 10 days (excluding legal public holidays, Saturdays, and Sundays). When a non-response to the RFI or production date occurs, borrowers can notify a servicer of its non-compliance with the regulatory requirements through a Notice of Error ("NOE"). Non-compliance includes non-acknowledgment of receipt, non-responses, or if responses are inadequate, incomplete, or contain errors in the information provided.

22.     On or about January 5, 2015, Plaintiffs, by and through their attorney, mailed eight (8) separate RFIs in eight (8) separate letters to Defendant. Each RFI related to separate and distinct information rights under Regulations X and Z and in many instances different responsive time lines applied to each separate RFI. The Plaintiffs employed eight separate letters containing RFIs in order to assist both parties in tracking, recording and replying to each separate request and within the proper regulatory time-lines. The eight separate letters containing RFIs are alleged with particularity hereinbelow and attached hereto as Exhibits labeled "A" through "H" respectively.

23.     The eight separate letters, above alleged, containing RFIs were addressed and delivered to Defendant's address for correspondence concerning Requests for Information and Notices of Error as designated by Defendant, in compliance with 12 C.F.R. § 1024.36(b) and 12 C.F.R. § 1024.35(c), which

7

**SECOND AMENDED COMPLAINT FOR DAMAGES**

was provided to Plaintiffs, monthly, in their monthly billing statement, in addition to being contained within Defendant's internet site having the URL of:

https://www.nationstarmtg.com/CustomerCenter/CustomerRelationsOffice.aspx. (hereinafter known as Defendant's "Customer Relations Address") The address provided to Plaintiffs on their monthly billing statement and published on Defendant's Customer Relations' URL to transmit and deliver RFIs and NOEs is: Nationstar Mortgage LLC, P.O. Box 630348, Irving, Texas 75063. Plaintiffs' 8 RFI letters contained the Plaintiffs' names, loan number, and property address and included a letter of authorization, signed by the Plaintiffs, allowing Nationstar to directly communicate with Plaintiffs' attorneys.

24.    Plaintiffs' first Request for Information letter ("RFI #1") under 12 C.F.R. § 1024.36, whose subject matter was "loss mitigation options" and titled "Re: Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 5025] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #1 letter is attached hereto as Plaintiffs' Exhibit "A" which is made a part hereof as though set forth in full.

25.    Plaintiffs' second Request for Information letter ("RFI #2") under 12 C.F.R. § 1024.36, whose subject matter was "owner of the note" and titled "Re: Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7010 0780 0001 9300 1476] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #2 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "B" as though set forth in full.

26.    Plaintiffs' third Request for Information letter ("RFI #3") under 12 C.F.R. § 1024.36, whose subject matter was "transaction history" and titled "Re:

Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2512] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #3 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "C", as though set forth in full.

27.    Plaintiffs' fourth Request for Information letter ("RFI #4") under 12 C.F.R. § 1024.36 whose subject matter was set forth and titled "Re: Request for a Payoff Balance Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2567] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #4 letter is attached hereto and a part hereof as Plaintiffs' Exhibit "D", as though set forth in full.

28.    Plaintiffs' fifth Request for Information letter ("RFI #5") under 12 C.F.R. § 1026.36, whose subject matter was set forth and titled "Re: Request for Itemized Payoff Statement Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2529] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #5 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "E", as though set forth in full.

29.    Plaintiffs' sixth Request for Information letter ("RFI #6") under 12 C.F.R. § 1026.36, whose subject matter was set forth and titled "Re: Request for Proof of Prompt Crediting Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2536] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #6 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "F", as though set forth in full.

30.    Plaintiffs' seventh Request for Information letter ("RFI #7") under 12

9

**SECOND AMENDED COMPLAINT FOR DAMAGES**

C.F.R. § 1026.36, whose subject was set forth and titled "Re: Request for Reinstatement Statement Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2543] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #7 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "G", as though set forth in full.

31.      Plaintiffs' eighth Request for Information letter ("RFI #8") under 12 C.F.R. § 1026.36, whose subject matter was set forth as and titled "Re: Request for Periodic Billing Statements Pursuant to Section 1026.41 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2120 0004 7824 2550] to Defendant's "Customer Relations Address."   A true and correct copy of the RFI #8 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "H", as though set forth in full.

32.      Defendant received the RFI #1 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address."   A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #1 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "I", as though set forth in full.

33.      Defendant received the RFI #2 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address."   A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #2 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "J", as though set forth in full.

34.      Defendant received the RFI #3 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address."   A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #3 letter from www.usps.com is attached hereto and made a part hereof as

SECOND AMENDED COMPLAINT FOR DAMAGES

Plaintiffs' Exhibit "K", as though set forth in full.

35.     Defendant received the RFI #4 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address." A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #4 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "L", as though set forth in full.

36.     Defendant received the RFI #5 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address." A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #5 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "M", as though set forth in full.

37.     Defendant received the RFI #6 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address." A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #6 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "N", as though set forth in full.

38.     Defendant received the RFI #7 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address." A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #7 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "O", as though set forth in full.

39.     Defendant received the RFI #8 letter on January 9, 2015, at approximately 11:46 a.m., at Defendant's "Customer Relations Address." A true and correct copy of the printout of the "Product & Tracking Information" for the RFI #8 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "P", as though set forth in full.

40.     Plaintiffs are informed and believe and upon such information and belief

**SECOND AMENDED COMPLAINT FOR DAMAGES**

allege Defendant failed to acknowledge each, every and all RFIs hereinabove alleged within 5 days of receipt (excluding legal public holidays, Saturdays, and Sundays) of same, nor was an acknowledgement provided to Plaintiffs at any time at all for any of the pleaded RFIs herein since January 9, 2015.

41.     Plaintiffs are informed and believe and upon such information and belief allege Defendant failed to respond to each, every and all RFIs hereinabove alleged within 30 days (excluding legal public holidays, Saturdays, and Sundays) after receipt of same, nor was a response provided to Plaintiffs at any time at all for any of these alleged RFIs since January 9, 2015.

42.     Plaintiffs are informed and believe and upon such information and belief allege as to each, every and all RFIs alleged hereinabove, that after receipt thereof, Defendant failed to notify Plaintiffs that Defendant needed an additional 15 days (excluding legal public holidays, Saturdays, and Sundays) to respond, nor was any such notice of the need for any additional time to respond ever given to Plaintiffs by Defendant at any time.

43.     Plaintiffs are informed and believe, and upon such information and belief allege Defendant refused to provide Plaintiffs any information, set forth as requested information, for each, every and all RFIs hereinabove alleged.

44.     Having not received any acknowledgement or responses to the January 5, 2015, RFIs, Plaintiffs, anxiously seeking to obtain access to their available loss mitigation options, discovered a second address within Defendant's internet site labeled "Contact Us" having the URL of: https://www.nationstarmtg.com/CustomerCenter/ContactUs.aspx. (hereinafter referred to as the  "Contact Us" URL)  The "Contact Us" URL is the second URL address published on Defendant's website.  In addition, the "Contact Us" URL contains a different Texas mailing address for borrowers to transmit and deliver RFIs and NOEs and is not the same address identified on Plaintiffs'

**12**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

monthly billing statement for Plaintiffs to transmit and deliver RFIs and NOEs. The mailing address identified on the "Contact Us" URL is the following: Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741.

45. On or about February 17, 2015, Plaintiffs discovered Defendant's second URL address containing a second address for Plaintiffs to transmit and for Nationstar to receive RFIs/NOEs located on Nationstar's "Contact Us" URL. Being thoroughly confused by this discovery and having not received any responses from the letters containing RFIs sent to Defendant's "Customer Relations" address, Plaintiffs, by and through their attorney, mailed a duplicative set of the eight separate RFI letters, addressed the letters containing the RFIs to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741, the address contained in Defendant's "Contact Us" URL. Each letter containing the eight duplicative RFIs, were mailed via Certified U.S. Mail, with eight individual tracking numbers, as further identified and discussed below.

46. Plaintiffs' first duplicative RFI letter under 12 C.F.R. § 1024.36, whose subject matter was "loss mitigation options" and titled "Re: Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8170] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741 (Contact Us URL). Defendant's received Plaintiffs' first duplicative RFI letter on February 24, 2015, at 7:24 a.m.

47. Plaintiffs' second duplicative RFI letter under 12 C.F.R. § 1024.36, whose subject matter was "owner of the note" and titled "Re: Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7010 2870 0000 7833 8187] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs'

**13**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

second duplicative RFI letter on February 24, 2015, at 7:24 a.m.

48.     Plaintiffs' third duplicative RFI letter under 12 C.F.R. § 1024.36, whose subject matter was "transaction history" and titled "Re: Request for Information Pursuant to Section 1024.36 of Regulation X", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8194] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs' third duplicative RFI letter on February 24, 2015, at 7:24 a.m.

49.     Plaintiffs' fourth duplicative RFI letter under 12 C.F.R. § 1024.36, whose subject matter was set forth and titled "Re: Request for a Payoff Balance Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8200] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs' fourth duplicative RFI letter on February 24, 2015, at 7:24 a.m.

50.     Plaintiffs' fifth duplicative RFI letter under 12 C.F.R. § 1026.36, whose subject matter was set forth and titled "Re: Request for Itemized Payoff Statement Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8217] Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs' fifth duplicative RFI letter on February 24, 2015, at 7:24 a.m.

51.     Plaintiffs' sixth duplicative RFI letter under 12 C.F.R. § 1026.36, whose subject matter was set forth and titled "Re: Request for Proof of Prompt Crediting Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8224] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs' sixth duplicative RFI letter on February 24, 2015, at 7:24 a.m.

**14**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

52.     Plaintiffs' seventh duplicative RFI letter under 12 C.F.R. § 1026.36, whose subject was set forth and titled "Re: Request for Reinstatement Statement Pursuant to Section 1026.36 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8231] to Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741. Defendant's received Plaintiffs' seventh duplicative RFI letter on February 24, 2015, at 7:24 a.m.

53.     Plaintiffs' eighth duplicative RFI letter under 12 C.F.R. § 1026.36, whose subject matter was set forth as and titled "Re: Request for Periodic Billing Statements Pursuant to Section 1026.41 of Regulation Z", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8248] Nationstar Mortgage, P.O. Box 619098, Dallas, Texas 75261-9741.  Defendant's received Plaintiffs' eighth duplicative RFI letter on February 24, 2015, at 7:24 a.m.

54.     Still not having received any responses RFIs #1-8, sent January 5, 2015, Plaintiffs expended further time, money and energy in attempting to elicit responses from Defendant by sending Defendants NOEs and for the purpose of attempting to access Defendant's Loss Mitigation options.

55.     On or about February 20, 2015, Plaintiffs,  by and through  their attorney, mailed eight (8) separate letters containing eight (8) separate NOEs to Defendant addressing Defendant's failure to respond to the RFIs alleged herein and directed Defendant to provide the information requested as alleged in paragraphs 56 through 63 hereinbelow.  The eight letters containing NOEs are alleged with particularity hereinbelow and attached hereto as Exhibits labeled "Q" through "X" respectively.  The eight separate letters containing the eight separate NOEs were addressed and delivered to Defendant's address for correspondence concerning Requests for Information and Notices of Error as designated by Defendant within its

internet site, all as hereinbefore alleged.

56.     Plaintiffs' first letter containing, Notice of Error ("NOE #1") under 12 C.F.R. § 1024.35, whose subject matter was "loss mitigation options" and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/LOSS MITIGATION", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8330] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #1 letter is attached hereto as Plaintiffs' Exhibit "Q" which is made a part hereof as though set forth in full.

57.     Plaintiffs' second letter containing, Notice of Error ("NOE #2") under 12 C.F.R. § 1024.35, whose subject matter was "owner of the note" and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/OWNER OF NOTE", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8392] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #2 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "R" as though set forth in full.

58.     Plaintiffs' third letter containing, Notice of Error ("NOE #3") under 12 C.F.R. § 1024.35, whose subject matter was "transaction history" and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/TRANSACTION HISTORY", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8323] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #3 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "S", as though set forth in full.

59.     Plaintiffs' fourth letter containing, Notice of Error ("NOE #4") under 12 C.F.R. § 1024.35, whose subject matter was set forth and titled "RE: NOTICE

**SECOND AMENDED COMPLAINT FOR DAMAGES**

OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PAYOFF BALANCE", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8347] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #4 letter is attached hereto and a part hereof as Plaintiffs' Exhibit "T", as though set forth in full.

60.     Plaintiffs' fifth letter containing, Notice of Error ("NOE #5") under 12 C.F.R. § 1024.35, whose subject matter was set forth and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PROOF OF PROMPT CREDITING", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8354] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #5 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "U", as though set forth in full.

61.     Plaintiffs' sixth letter containing, Notice of Error ("NOE #6") under 12 C.F.R. § 1024.35, whose subject matter was set forth and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/REINSTATEMENT", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8361] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #6 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "V", as though set forth in full.

62.     Plaintiffs' seventh letter containing, Notice of Error ("NOE #7") under 12 C.F.R. § 1024.35, whose subject was set forth and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PERIODIC BILLING STATEMENT", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8378] to Defendant's "Customer Relations Address" in Irving, TX. A true and correct copy of the NOE #7 letter is

**SECOND AMENDED COMPLAINT FOR DAMAGES**

attached hereto and made a part hereof as Plaintiffs' Exhibit "W", as though set forth in full.

63.     Plaintiffs' eighth letter containing, Notice of Error ("NOE #8") under 12 C.F.R. § 1024.35, whose subject matter was set forth as and titled "RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/ITEMIZED PAYOFF BALANCE", was mailed via Certified U.S. Mail [Tracking Number: 7014 2870 0000 7833 8385] to Defendant's "Customer Relations Address" in Irving, TX.  A true and correct copy of the NOE #8 letter is attached hereto and made a part hereof as Plaintiffs' Exhibit "X", as though set forth in full.

64.     Defendant received the NOE #1 letter on February 26, 2015, at approximately 11:05 a.m.  A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #1 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "Y", as though set forth in full.

65.     Defendant received the NOE #2 letter on February 26, 2015, at approximately 11:05 a.m.   A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #2 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "Z", as though set forth in full.

66.     Defendant received the NOE #3 letter on February 26, 2015, at approximately 11:05 a.m.   A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #3 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "A1", as though set forth in full.

67.     Defendant received the NOE #4 letter on February 26, 2015, at approximately 11:05 a.m.  A true and correct copy of the printout of the

**SECOND AMENDED COMPLAINT FOR DAMAGES**

"Product & Tracking Information" for the NOE #4 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "B1", as though set forth in full.

68.     Defendant received the NOE #5 letter on February 26, 2015, at approximately 11:05 a.m. A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #5 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "C1", as though set forth in full.

69.     Defendant received the NOE #6 letter on February 26, 2015, at approximately 11:05 a.m. A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #6 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "D1", as though set forth in full.

70.     Defendant received the NOE #7 letter on February 26, 2015, at approximately 11:05 a.m. A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #7 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "E1", as though set forth in full.

71.     Defendant received the NOE #8 letter on February 26, 2015, at approximately 11:05 a.m. A true and correct copy of the printout of the "Product & Tracking Information" for the NOE #8 letter from www.usps.com is attached hereto and made a part hereof as Plaintiffs' Exhibit "F1", as though set forth in full.

72.     The above-alleged NOE letters were sent to Defendant consistent with the lack of response to the initial RFI letters set forth in paragraphs 20 through 27 above.

73.     As of the date of the filing of this Complaint, Defendant has yet to

**19**
**SECOND AMENDED COMPLAINT FOR DAMAGES**

acknowledge or respond to the above-referenced NOE letters, #1, #3, #6 and #7. Defendant provided the identity and address of an alleged owner of the note, an alleged payoff balance, an alleged itemized payoff balance, and an alleged periodic billing statement. This information was provided by the Defendant by written correspondence dated March 3, 2015, and March 4, 2014, and March 18, 2015, for the Payoff Statement, the Owner of Note, and the Periodic Billing Statement, respectively. Plaintiffs were only provided with a pay off balance/statement, an itemized pay off balance/statement, and an owner of the note, and were not provided with any of the other information requested in the RFIs and as asserted in the NOEs. Therefore, Plaintiffs cannot verify the specified amounts owed in the provided pay off statement/balance and provided itemized pay off statement/balance are accurate and based on actual charges incurred by Defendant, as required by 12 C.F.R. §§ 1024.35 to 1024.36. Plaintiffs are informed and believe and upon such information and belief allege that Defendant pre-dated the responses set forth above so as to appear timely in their responses as alleged with particularity in paragraph 60 hereinbelow.

74. Plaintiffs are informed and believe and thereon allege that Defendant has erred in the calculation of what is due and owing for a pay-off amount since the amounts claimed as due and owing by Defendant were materially and significantly different from the pay-off and past-due amounts provided by Defendant's first Notice of Default and Defendant's recently filed Notice of Default.

75. The identity of the owner of Plaintiffs' Note was included in a letter from Defendant dated February 27, 2015, addressed to Plaintiffs' and mailed to Plaintiffs' counsel of record's office. However, the February 27, 2015, dated letter from Defendant was not received by Plaintiffs' counsel

**SECOND AMENDED COMPLAINT FOR DAMAGES**

of record until March 10, 2015, 11 days after Defendant received Plaintiffs' NOE letters. Included in the above-referenced letter, Defendant indicated its goal was to respond to Plaintiffs' asserted errors "no later than April 8, 2015." Plaintiffs are informed and believe and thereon allege, that the February 27, 2015, dated letter was pre-dated or printed by the Defendant or by a vendor or third-party retained by Defendant but was not actually placed in the United States Postal System for delivery until sometime on or around March 5th or 6th, 2015. Plaintiffs are informed and believe and based upon such information and belief allege U.S.P.S. letters are usually received within two to three days of mailing.

76. In addition, and prior to taking any actions to correct the errors asserted in Plaintiffs' February 20, 2015, NOE letters, on or about March 20, 2015, Defendant by and through non-party Veriprise Processing Solutions LLC, caused a "Notice of Default and Election to Sell under Deed of Trust" ("NOD") to be recorded on the Property. Attached and incorporated by reference herein, is a true and correct copy of the NOD recorded on the Property, attached as Exhibit "G1."

77. As a result of Defendant's acts and omissions alleged hereinabove, and specifically as a result of the actions of the Defendant in causing the Plaintiffs to take multiple actions to seek correction of such errors, the Plaintiffs have suffered actual damages such as the costs of copying documents, postage fees, interest and penalties on the Loan, emotional and psychological trauma and other issues of damages related to Defendant's complete failure to respond to any of the RFI letters, and specifically the NOE letters at all or in any meaningful way. The total amounts of damages have not been computed at this time, but will be provided by either an amended pleading or through the discovery process.

**SECOND AMENDED COMPLAINT FOR DAMAGES**

**2. Business & Professions Code §17200, Fair Debt Collection Practices Act ("FDCPA") and Rosenthal Act.**

78. This action is also filed to enforce California's Unfair Business Practices for illegal business practices set forth in Business and Professions Code Section 17200, *et seq.* on the basis that each, every and all violations of RESPA and TILA, and specifically the allegations concerning the violations of Regulation X and Regulation Z alleged herein and also for violations of the Fair Debt Collection Practices Act ("FDCPA") and the Rosenthal Act, hereinafter alleged, also constitute Unfair Business Practices.

**NATIONSTAR MORTGAGE'S PATTERN AND PRACTICE OF VIOLATING REGULATION X AND REGULATION Z**

79. Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

80. Nationstar has a pattern and practice of ignoring borrower complaints and requests for information as set forth hereinbelow and as alleged in actions filed by borrowers that allege conduct by Nationstar similar to that experienced by Plaintiffs. Plaintiffs request that the Court to take judicial notice of the following cases:

81. Plaintiffs are informed and believe and upon such information and belief allege that in *Russell v. Nationstar Mortgage, LLC,* No. 14-cv-61977-CIV, 2015 WL 541893 (S.D. Fla. Feb. 10, 2015), the District Court for the Southern District of Florida found that Nationstar failed to adequately respond to two Qualified Written Requests. (Plaintiffs allege that Regulation X and Regulation Z requests are a form of a Qualified Written Request or "QWR" under RESPA and TILA, respectively).

**SECOND AMENDED COMPLAINT FOR DAMAGES**

82.     Plaintiffs are informed and believe and upon such information and belief allege that in *Clifton v. Nationstar Mortgage, LLC,* No. 3:11-cv-50-CMC, 2011 WL 891317, (D.S.C. Mar. 11, 2011), the District Court for the District of South Carolina found that Nationstar failed to timely respond to two QWRs.

83.     Plaintiffs are informed and believe and upon such information and belief allege that in *Baker v. Nationstar Mortgage, LLC, et.al.,* No. 1:14-cv-7131, N.D. Ill, the District Court for the Northern District of Illinois found that borrowers sent a request, through a QWR, regarding Nationstar's improper servicing of a loan modification reaffirmation. The District Court found that while Nationstar timely acknowledged the QWR, it failed to provide investigative results or correct the error asserted by the borrower.

84.     Plaintiffs are informed and believe and upon such information and belief allege that in *Hall v. Nationstar Mortgage, LLC,* and Case No. 2:14-cv-1893-KOB, N.D. Ala., the District Court for the Northern District of Alabama Southern Division found that Nationstar failed to provide meaningful, substantive responses to Plaintiffs' inquires, which attempted to determine the status of a loan modification that was not being honored, by way of multiple Qualified Written Requests. In addition, the District Court found the errors were not corrected by Nationstar.

85.     Plaintiffs are informed and believe and upon such information and belief allege that in *Berene v. Nationstar Mortgage, LLC,* No. 0:14-cv-61153-RNS, S.D. Fla., the District Court for the Southern District of Florida found that the borrowers wrote to Nationstar by way of a Qualified Written Request/Notice of Error advising Nationstar that a foreclosure complaint and judgment erroneously stated the consumers had not made their July 2008 and August 2008 payments contrary to the actual facts of payments having been made. The District Court also found that that Nationstar wrote back an erroneous response

and failed to correct the error. Similarly, the District Court found that Nationstar replied to a second set of NOE letters by borrowers erroneously and did not correct the errors.

86.     Plaintiffs are informed and believe and upon such information and belief allege in *James v. Nationstar Mortgage, LLC,* 2015 U.S. Dist. LEXIS 28762 (S.D. Ala. Mar. 9, 2015), the District Court for the Southern District of Alabama, Southern Division, found the borrowers submitted two NOE letters to Nationstar related to payment history, statement of missed payments and the identity of the lender. The District Court found that Nationstar issued a boilerplate response indicating no reasonable investigation was conducted and Nationstar failed to provide the requested information and failed to correct its servicing errors.

87.     Plaintiffs are informed and believe and upon such information and belief allege that the 16 failures of Nationstar to comply with the obligations triggered by 12 U.S.C. Section 2605, *et. seq.* and in this case are fully consistent with the pattern and practice of failing to comply with RESPA and TILA set forth in paragraphs 79 to 86 hereinabove. Moreover, Plaintiffs are informed and believe and upon such information and belief allege that Nationstar has demonstrated a failure to comply with the relevant provisions of RESPA and TILA, in numerous other cases, not currently in litigation, but demonstrate a pattern and practice of non-compliance with both RESPA and TILA. In support of Plaintiffs assertion that Nationstar has demonstrated a pattern and practice of noncompliance with RESPA and TILA, Plaintiffs allege that during the month of May 2015, 171 complaints against Nationstar have been filed with the CFPB and posted on the CFPB's website, which were found at the following URL: https://data.consumerfinance.gov/dataset/Consumer-Complaints/x94z-ydhh? (last accessed May 27, 2015 at 4:01 p.m.) Plaintiffs

**SECOND AMENDED COMPLAINT FOR DAMAGES**

allege that in the numerous un-litigated cases, Nationstar's obligations under RESPA and TILA were triggered, and Nationstar did not comply, acknowledge, or properly respond to the aforementioned borrowers' requests or assertions of error under RESPA and TILA. Plaintiffs allege that the preceding gives rise to sufficiently establish the Plaintiffs' rights for the recovery of statutory damages under RESPA of $2,000.00 and statutory damages under TILA of $4,000.00.

## FIRST CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1024.36(c)

**(Failure to provide written acknowledgment within 5 days, excluding legal public holidays, Saturdays, and Sundays, of a servicer receiving an information request from Plaintiffs)**

88.     Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

89.     Plaintiffs' RFI letters, specifically, RFI letters #1, 2, 3, 6 and 7, requested information related to the servicing of their mortgage loan pursuant to 12 C.F.R. §1024.36(a).

90.     Defendant received RFI letters #1, 2, 3, 6 and 7, on January 9, 2015, at approximately 11:46 a.m. Defendant was required to acknowledge receipt of those RFIs within 5 days (excluding legal public holidays, Saturdays, and Sundays) of receiving Plaintiffs RFI letters #1-8 (12 C.F.R. §1024.36(c)). Accordingly, Defendant legally were required to have sent acknowledgement of Plaintiffs RFI letters #1, 2, 3, 6 and 7, by January 16, 2015.

91.     Plaintiffs are informed and believe and upon such information and belief do hereby allege, Defendant failed to acknowledge receipt of Plaintiffs' RFI letters within 5 days (excluding legal public holidays, Saturdays, and Sundays),

nor at any time at all, pursuant to 12 C.F.R. §1024.36(c). Accordingly, Defendant violated 12 C.F.R. §1024.36(c), in failing to provide written acknowledgement of Plaintiffs RFIs # 1, 2, 3, 6 and 7, by January 16, 2015. As a result therefrom, Plaintiffs suffered actual damages of photocopying costs and postage costs incurred as a result of having to send additional NOE letters because of Defendant's failure to respond to Plaintiffs' first set of RFI letters. Plaintiffs suffered additional actual damages, including emotional and psychological harm, as shown at time of trial, and statutory damages in the case of a pattern or practice of noncompliance in an amount not to exceed $2,000." [12 U.S.C. § 2605(f)(1)(b)], as heretofore pled.

## SECOND CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1024.36(d)(2)(B)

**(Failure to provide information requested in Plaintiffs' RFI letters within 30 days of receipt, excluding legal public holidays, Saturdays, and Sundays)**

92. Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

93. Plaintiffs allege that RFIs #1, 2, 3, 6 and 7 related to the servicing of Plaintiffs' loan and such requests were subject to the 30 business day response time line as made applicable to Defendant pursuant to 12 C.F.R. § 1024(d)(2)(B).

94. Plaintiffs re-allege that Defendant received the RFI letters # 1, 2, 3, 6 and 7, on January 9, 2015, at approximately 11:46 a.m. Defendant failed to respond to said RFIs within 30 days, excluding legal public holidays, Saturday, and Sunday. Accordingly, Defendant should have responded to Plaintiffs' RFI letters # 1, 2, 3, 6 and 7, by February 23, 2015. However, Defendant has failed to provide any responses to Plaintiffs' above-referenced RFI letters as of the

date of the filing of this complaint. Accordingly, Defendant has violated the response time frame required by 12 C.F.R. § 1024.36(d)(2)(B). Such failure to respond caused Plaintiffs to suffer actual damages of photocopying costs and postage costs incurred as a result of having to send additional correspondences because of Defendant's failure to adequately respond to Plaintiffs' RFIs, and any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000," 12 U.S.C. § 2605(f)(1), as heretofore pled.

**THIRD CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1024.36(d)(2)(A)**

**(Failure to provide the identity of, and address or other relevant contact information for, the owner or assignee of a mortgage loan not later than 10 days, excluding legal public holidays, Saturdays, and Sundays, after Defendant received the letter containing RFI # 2)**

95.     Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

96.     Plaintiffs allege that Plaintiffs' RFI # 2 letter requested Defendant to identify the identity of, and address or other relevant contact information for, the owner or assignee of a mortgage loan within 10 days, excluding legal public holidays, Saturdays, and Sundays.

97.     Defendant received Plaintiffs' RFI #2 letter on January 9, 2015, at approximately 11:46 a.m. Accordingly, Defendant was required to provide Plaintiffs with the identity of, and address or other relevant contact information for, the owner or assignee of their mortgage loan by January 27, 2015. However, Defendant failed to provide this information to Plaintiffs on or before January 27, 2015.

98.     Plaintiffs allege that Defendant violated 12 C.F.R. § 1024.36(d)(2)(a),

**SECOND AMENDED COMPLAINT FOR DAMAGES**

when it failed to provide Plaintiffs' counsel's office with the above-referenced requested information within ten days of Defendant's receipt, causing Plaintiffs to suffer actual damages of photocopying costs and postage costs incurred as a result of having to send additional correspondences because of Defendant's failure to adequately respond to Plaintiffs' RFI letters, and any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000," 12 U.S.C. § 2605(f)(1), as heretofore pled.

## FOURTH CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1024.36(d)(1)(i)-(ii)

**(Failure to provide Plaintiffs with the requested information in writing with contact information for further assistance and failure to conduct a reasonable search for the requested information)**

99.    Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

100.    Plaintiffs' RFIs # 1 through 8, inclusive, requested information that, had Defendant conducted a reasonable search, Defendant would have been able to locate and provide to Plaintiffs the information and documents requested in RFI letters # 1 through 8, inclusive. However, Defendant failed to provide any of the requested information to Plaintiffs' counsel's office with contact information and a telephone number for further assistance in writing and failed to conduct a reasonable search for such information and provide a written notification, with the basis for Defendant's determination that the information was not available to it pursuant to 12 C.F.R. §1024.36(d)(1)(i) & (ii).

101.    Plaintiffs allege that Defendant's failure to provide any information to Plaintiffs' counsel's office, as requested, violated 12 C.F.R. §1024.36(d)(1)(i)

**SECOND AMENDED COMPLAINT FOR DAMAGES**

& (ii), when it: failed to provide requested information; failed to provide Defendant's contact information; failed to conduct a reasonable investigation; failed to provide Plaintiffs in writing that the requested information was not available to Defendants; and failed to provide Plaintiffs with the basis for Defendant's determination including its contact information and a telephone number for further assistance, caused Plaintiffs to suffer actual damages including photocopying costs and postage costs incurred as a result of having to send additional correspondences and any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000," 12 U.S.C. § 2605(f)(1), as heretofore pled.

## FIFTH CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1026.36(c)(3)

**(Failure to provide a payoff statement within 7 days, excluding legal public holidays, Saturdays, and Sundays, "after receiving a written request from the consumer or any person acting on behalf of the consumer")**

102.    Plaintiffs restate and incorporate herein all of their statements and allegations contained in all preceding paragraphs in their entirety, as if fully rewritten herein.

103.    Plaintiffs' RFIs # 4 and 5, requested a payoff statement and an itemized payoff statement, respectively. Plaintiffs' RFIs # 4 and 5 were sent January 5, 2015. Defendant received RFIs # 4 and 5 on January 9, 2015. Pursuant to 12 C.F.R. 1026.36(c)(3), Defendant was required to send the pay off statement and itemized pay off statement within 7 days of receipt, excluding legal public holidays, Saturdays, and Sundays. Accordingly, Defendant was required to send said pay off statements by January 20, 2015.

104.    Plaintiffs allege Defendant was required to send Plaintiffs a pay off statement and an itemized pay off statement by January 20, 2015, and failed to

do so. Defendant violated 12 C.F.R. § 1026.36(c)(3) in failing to provide said statements by January 20, 2015, causing Plaintiffs to suffer actual damages including photocopying costs and postage costs incurred as a result of having to send additional correspondences because of Defendant's failure to adequately respond to Plaintiffs' RFI letters, and any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000," 12 U.S.C. § 2605(f)(1), as heretofore pled.

## SIXTH CAUSE OF ACTION: VIOLATION OF 12 C.F.R. § 1026.36 (Failure to provide an accurate reinstatement statement within 10 days, excluding legal public holidays, Saturdays, and Sundays, of receiving Plaintiffs' request)

105. Plaintiffs re-allege and incorporate by reference all paragraphs above, as though fully set forth in this cause of action.

106. Plaintiffs' RFI letter, mailed January 5, 2015, requested Defendant to provide a Reinstatement Statement pursuant to 12 C.F.R. § 1026.36(c)(3)(iii). Defendant was required to send an accurate statement of the total outstanding balance that would be required to satisfy the consumer's obligation in full as of ten days of receipt of the request. Defendant received said RFI in a timely fashion, to wit, January 9, 2015. Accordingly, Defendant was required to send said reinstatement statement no later than January 19, 2015. However, Defendant failed to do so. As of the date of filing this Complaint, Plaintiffs have not received a reinstatement statement from Defendant.

107. In failing to provide said statements by January 19, 2015, Defendants caused Plaintiffs to suffer actual damages including photocopying costs and postage costs incurred as a result of having to send additional correspondences because of Defendant's failure to adequately respond to Plaintiffs' RFI, and

**SECOND AMENDED COMPLAINT FOR DAMAGES**

any additional damages, as the court may allow, in the case of a pattern or practice of noncompliance with the requirements of this section, in an amount not to exceed $2,000," 12 U.S.C. § 2605(f)(1), as heretofore pled.

## SEVENTH CAUSE OF ACTION: VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSION'S CODE § 17200

108.    Plaintiffs re-allege and incorporate by reference all paragraphs above, as though fully set forth in this cause of action.

109.    Under the Unfair Competition Law ("UCL"), Business & Professions Code § 17200, unfair competition shall mean and include any unlawful, unfair or fraudulent business act or practice.

110.    Plaintiffs allege that Defendant's conduct alleged in this Complaint constitutes unlawful business acts or practices in violation of Business and Professions Code §17200, *et. seq.*

111.    Plaintiffs are persons within the meaning of Business & Professions Code § 1704 as defined by Business & Professions Code § 17201, and therefore, Plaintiffs have standing to sue for any violation of Business & Professions Code § 17200, *et seq.* on behalf of themselves and on behalf of the general public pursuant to Business & Professions Code § 17204.

112.    The Court has jurisdiction over this action pursuant to California Business and Professions Code § 17200, *et seq.,* specifically Business and Professions Code § 17203, which provides that any person who engages, has engaged, or proposes to engage in unfair competition may be enjoined in any court of competent jurisdiction; and the court may make such orders or judgments, including the appointment of a receiver, as may be necessary to prevent the use or employment by any person of any practice which constitutes unfair competition, or as may be necessary to restore to any person in interest any money or property, real or personal, which may have

**SECOND AMENDED COMPLAINT FOR DAMAGES**

been acquired by means of such unfair competition; and Business and Professions Code § 17204, which provides for actions for any relief pursuant to the Unfair Competition Law ("UCL") to be prosecuted exclusively in a court of competent jurisdiction by any board, officer, person, corporation or association, or by any person acting for the interests of itself, its members or the general public.

113.       Plaintiffs are informed and believe and upon such information and belief allege that Defendant's conduct alleged herein engaged in unlawful business practices by violating 12 C.F.R. §§ 1024.36 through 1024.41 of Regulation X and 12 C.F.R. § 1026.36 of Regulation Z as follows: violating 12 C.F.R. §1024.36 by failing to provide Plaintiffs with written acknowledgment of receipt of any of Plaintiffs' RFI letters # 1, 2, 3, 6, and 7 within five business days; violating 12 C.F.R. §1024.36 by failing to provide the requested information in Plaintiffs' RFI letters # 1, 2, 3, 6 and 7 within thirty days of receipt of Plaintiffs' requests and failing to conduct a reasonable search for the requested information; or, if Defendant conducted a reasonable search, Defendant failed to provide Plaintiffs a statement that Defendant was unable to provide Plaintiffs with the requested information and the basis for such determination. Defendant's omissions in providing material facts, as hereinabove alleged, constitute "unlawful" practice because they also violate Title 18 United States Code §§ 1341, 1343, and 1962(c).

114.       Plaintiffs are informed and believe and upon such information and belief hereby allege these violations were and remain to be a matter of Defendant's standard corporate policy, and constitutes a consistent pattern and practice of unlawful corporate behavior by Defendant's failure to provide borrowers with access to their loan information in an effort to deny borrowers, like Plaintiffs, with loss mitigation options and foreclosure prevention

**SECOND AMENDED COMPLAINT FOR DAMAGES**

alternatives.

115.     Due to Defendant's unlawful business practices, Plaintiffs have suffered a substantial ascertainable loss and, therefore, pursuant to Business and Professions Code §§17203 and §17204, Defendant should be enjoined from continuing such practices.

116.     Defendant's unlawful business acts or practices have caused a direct and proximate injury to Plaintiffs and the general public. Plaintiffs are entitled to relief, including an appointment of a receiver, full restitution and/or disgorgement of all revenues, earnings, profits, compensation, and benefits which may have been obtained by Defendant as a result of such business acts or practices.

## EIGHTH CAUSE OF ACTION: VIOLATIONS OF THE FDCPA

117.     Plaintiffs re-allege and incorporate by reference all paragraphs above, as though fully set forth in this cause of action.

118.     Plaintiffs are informed and believe and upon such information and belief allege  Defendant has collected debt and or attempted to collect a debt herein, in false, deceptive, or misleading ways and by using unfair and unconscionable means in its posting of two addresses on Defendant's web site regarding the addressing of RFIs and NOEs, not notifying Plaintiff s of changed address(es) for same, and then picking and choosing which address to assert is the "official" mailing address to which to send RFIs and NOEs, so as to deny Plaintiffs their rights under Reg X and Reg Z to receive information and documents concerning the Subject Loan.

119.     Plaintiffs are informed and believe and upon such information and belief allege Defendant is a "debt collector" within the meaning of the FDCPA in that Defendant has tried to collect on a loan which was in default at the time Defendant acquired the loan.

**SECOND AMENDED COMPLAINT FOR DAMAGES**

## NINTH CAUSE OF ACTION: ROSENTHAL ACT

120.    Plaintiffs re-allege and incorporate by reference all paragraphs above, as though fully set forth in this cause of action.

121.    Plaintiffs are consumers under the Rosenthal Act because they are natural persons and are obligated to pay on a debt, namely, the Subject Loan.

122.    Plaintiffs are informed and believe and upon such information and belief allege Defendant is a "debt collector" within the meaning of the Rosenthal Act in that Defendant has tried to collect on a defaulted loan by harassment through its violations of Reg X and Reg Z and by representation that Plaintiffs' debt may be increased by the addition of fees or other charges if such fees or charges may not be lawfully added to the existing debt.

## TENTH CAUSE OF ACTION: W&I CODE §15610.30(a)

123.    Plaintiffs re-allege and incorporate by reference all paragraphs above, as though fully set forth in this cause of action.

124.    Defendant violated California W & I Code §15610.30(a)(1) by secreting requested information, data and documents and/or retained the personal property (monies) of Plaintiffs for the wrongful use of retaining excess monies of Plaintiffs to Defendant's benefit , and/or Defendant's acts were to intentionally defraud Plaintiffs of Plaintiffs' right to said information, data, documents, and monies for the benefit of Defendant for Defendant's benefit.

125.    Defendant violated California W & I Code §15610.30(a)(2) by assisting the beneficiary of the Loan secreting requested information, data and documents and/or retained the personal property (monies) of Plaintiffs for the wrongful use of retaining excess monies of Plaintiffs to Defendant's benefit , and/or Defendant's acts were to intentionally defraud Plaintiffs of Plaintiffs' right to said information, data, documents, and monies for the benefit of Defendant for Defendant's benefit.

**SECOND AMENDED COMPLAINT FOR DAMAGES**

126.     Defendant violated California's W & I Code §15610.30(a)(3) by using undue influence by the relative inequitable financial power of Defendant over Plaintiff through Defendant's vast wealth and Plaintiff's almost non-existent financial power when compared to Defendant.  By purposely avoiding providing responses and production of documents required by Plaintiffs' RFIs and NOEs, and/or retaining personal property of Plaintiffs, Defendant overcame the free will of Plaintiffs by the unequal financial powers of the parties herein which resulted in Defendant's believing they were powerless to force Defendant to respond and produce.

127.     Plaintiffs' instant cause of action is timely under W & I §15657.7 because the complaint is being filed within four years after Plaintiffs discovered the facts constituting the abuse set forth hereinabove.

128.     Plaintiffs had the right to have their property readily available to them, and Defendant knew or should have known that Plaintiffs had this right.

129.     Defendant's acts were a substantial factor in causing harm to Plaintiffs.

130.     As a result of Defendant's actions and inactions alleged hereinabove, Plaintiffs have suffered damages, including, but not limited to: attorney's fees; court costs; pain and suffering; and potential loss of the market value of Plaintiffs property in an amount to be determined at time of trial.

131.     Defendant's acts alleged above were willful, wanton, malicious and oppressive and were undertaken with recklessness and/or fraud, with the intent to harm and defraud Plaintiffs of their legal right to Plaintiffs' Property so as to justify the awarding of exemplary and punitive damages.

## **JURY TRIAL DEMAND**

Plaintiffs demand a trial by jury on all issues so triable.

////

**SECOND AMENDED COMPLAINT FOR DAMAGES**

## **PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiffs pray that this Court enter its order granting judgment as follows:

A.)     As to Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, and Seventh, Eighth , Ninth and Tenth Causes of Action: statutory damages, actual damages, costs, and reasonable attorney fees pursuant to 12 U.S.C. § 2605(f) and as set forth under the FDCPA, the Rosenthal Act and California W & I §15657;

B.)     As to Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, and Seventh causes of action: Statutory damages of no less than $2,000.00, under RESPA, pursuant to 12 U.S.C. § 2605(f) and $4,000.00 under TILA for violation pursuant to 15 U.S.C. § 1640(a) for Defendant's "pattern and practice" of noncompliance with the requirements of Regulation X and Regulation Z; and any additional damages as the court may allow;

C.)     Judgment be entered against Defendant for an award of actual damages and statutory damages of $400.00 to $4,000.00, and costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1640(a);

D.)     As to Plaintiffs' Seventh Cause of Action: Preliminary and Permanent injunctions preventing Defendant from moving forward with foreclosure unless and until Defendant complies with Plaintiffs' rights to obtain all documents allowed under Regulation X and Regulation Z and thereafter to reasonably consider Plaintiffs' pursuit of all loss mitigation rights pursuant to California Business & Professions Code 17200, *et seq.*, Cal. Civ. Code § 3396 and CCP § 526, *et seq.*;

E.)     As to Plaintiffs' Seventh Cause of Action: Appointment of a referee to enforce this Court's orders re Injunctive Relief;

F.)     As to All Causes of Action, recovery of all actual damages suffered as a

**SECOND AMENDED COMPLAINT FOR DAMAGES**

result of Defendant's acts and omissions in such amount as will be demonstrated at time of trial;

G.)      As to All Causes of Action, recovery of Plaintiffs' reasonable attorneys' fees expended in the preparation and prosecution of this case in such amount as will be determined at time of trial; and,

H.)      For punitive damages according to proof.

I).      For general damages, including emotional distress, according to proof.

L.)      Such other relief which this Court may deem just and appropriate.

Dated: May 26, 2015

**LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**

By: _____
      Joseph R. Manning, Jr.
      Attorney for Plaintiffs

**SECOND AMENDED COMPLAINT FOR DAMAGES**

**EXHIBIT "A"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No: 7014 2120 0004 7824 5025*

**Borrower names:** Geoffrey H. Holyrod and June D. Holroyd
**Loan Number:** 0618609077
**Subject Property:** 740 Coyote Road, Montecito, CA 93108

**Re: Request for Information Pursuant to Section 1024.36 of Regulation X**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for Information related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1024.36 of Regulation X** of the Mortgage Servicing Act under RESPA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request for Information is attached hereto and incorporated herein by this reference.

Pursuant to Section 1024.36(c) of Regulation X, you must acknowledge receipt of this Request within five (5) days (excluding legal public holidays, Saturdays and Sundays).

Pursuant to Section 1024.36(d) of Regulation X, you must respond no later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this Request.

//

//

//

//

//

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

Pursuant to Sections 1024.41 and 1024.38 of Regulation X, the borrowers hereby request all of the following information:

1. Any and all loss mitigation options available to the borrowers;
2. The requirements for receiving an evaluation of any such loss mitigation option; and
3. The applicable timeline relating to the evaluation of the borrowers for the loss mitigation options and any potential foreclosure process.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.



# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney:<br>Joseph R. Manning, Jr.<br>Info@ManningLawOffice.com | Office: 949.200.8755<br>Facsimile: 866.843.8308<br>www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150,<br>Newport Beach, CA, 92660 |

## LETTER OF AUTHORIZATION

**LENDER/SERVICER:** Nationstar   **LOAN NO.:** 0186090 77

**BORROWER: Geoffrey Holroyd**   **SOCIAL SECURITY NO.:** 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

**CO-BORROWER: June Holroyd**   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

**TRUSTEE:**   **TS NO.:**

**PROPERTY ADDRESS: 740 Coyote Rd.**

**CITY: Montecito**   **STATE: CA**   **ZIP CODE: 93108**

**IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐   No ☐**

**IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:**

**MAILING ADDRESS: 740 Coyote Rd.**

**CITY: Montecito**   **STATE: CA**   **ZIP CODE: 93108**

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_June Holroyd_   DEC. 11 2014
Borrower                 Date

_Geoffrey Holroyd_   DEC. 11 2014
Co-Borrower              Date

The Law Office of Joseph R. Manning, Jr., APC   **PASSWORD: HELP**
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____        _____
Authorized Lender Signature                Date

Q6UI9A000BMI

**EXHIBIT "A-1"**



# ☒USPS.COM®

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142870000078338323**

## Product & Tracking Information

| Postal Product: | Extra Svc:<br>Certified Mail™ | |
|---|---|---|

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | IRVING, TX 75063 |

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
|---|---|---|
| February 25, 2015 , 6:47 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 6:59 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

---

## Track Another Package

**Tracking (or receipt) number**

|  | **Track It** |
|---|---|

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "B"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No: 7010 0780 0001 9300 1476*

> **Borrower names:** Geoffrey H. Holyrod and June D. Holroyd
> **Loan Number:** 0618609077
> **Subject Property:** 740 Coyote Road, Montecito, CA 93108

**Re: Request for Information Pursuant to Section 1024.36 of Regulation X**

Dear Sir or Madam:

Please consider this letter to constitute a Request for Information related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1024.36 of Regulation X of the Mortgage Servicing Act under RESPA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request for Information is attached hereto and incorporated herein by this reference.

Pursuant to Section 1024.36(d), you must respond no later than ten (10) days (excluding legal public holidays, Saturdays and Sundays) after you receive this Request.

Please provide the following information within the time periods noted herein:

1. The identity of and address for the current owner of the mortgage loan identified herein.
2. The identity of and address for the master servicer of the mortgage loan identified herein.
3. The identify of and address for the current servicer of the mortgage loan identified herein.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: **NationStar**       LOAN NO.: **6186O9077**

BORROWER: **Geoffrey Holroyd**       SOCIAL SECURITY NO.: **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**

CO-BORROWER: **June Holroyd**       **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**

TRUSTEE:       TS NO.:

PROPERTY ADDRESS: **740 Coyote Rd.**

CITY: **Montecito**       STATE: **CA**    ZIP CODE: **93108**

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: **740 Coyote Rd.**

CITY: **Montecito**       STATE: **CA**       ZIP CODE: **93108**

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_June Holroyd_
Borrower

_Geoffrey Holroyd_
Co-Borrower

_Dec. 11 2014_
Date

_Dec. 11 2014_
Date

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

**PASSWORD: HELP**

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

Authorized Lender Signature       Date

O61JJ9A0008MJ

EXHIBIT "B-1"

Case 2:15-cv-02245-RGK-ASD Document 15 Filed 07/06/15 Page 48 of 168 Page ID #:391

English        Customer Service        USPS Mobile                                    Register / Sign In



# USPS.COM®

## USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

---

Tracking Number: 70142870000078338347

## Product & Tracking Information

| Postal Product: | Extra Svc: |
| | Certified Mail™ |

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | **IRVING, TX 75063** |

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 6:47 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 6:58 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

---

## Track Another Package

Tracking (or receipt) number

[                                        ]     Track It

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "C"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No: 7014 2120 0004 7824 2512*

Borrower names:   Geoffrey H. Holyrod and June D. Holroyd
Loan Number:      0618609077
Subject Property: 740 Coyote Road, Montecito, CA 93108

**Re: Request for Information Pursuant to Section 1024.36 of Regulation X**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for Information related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1024.36 of Regulation X** of the Mortgage Servicing Act under RESPA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request for Information is attached hereto and incorporated herein by this reference.

Pursuant to Section 1024.36(c) of Regulation X, you must acknowledge receipt of this Request within five (5) days (excluding legal public holidays, Saturdays and Sundays).

Pursuant to Section 1024.36(d) of Regulation X, you must respond no later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this Request.

Please provide an exact reproduction of the life of loan mortgage transactional history for this loan on the system of record used by the servicer in servicing the above-referenced loan.

For purposes of this request, the "life of loan transactional history" means any software program or system by which the servicer records:
1. The current mortgage balance
2. The receipt of all payments
3. The assessment of any late fees or charges
4. Any corporate advances for any fees or charges, including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:                          Office: 949.200.8755                    4667 MacArthur Blvd., Suite 150
Joseph R. Manning, Jr.             Facsimile: 866.843.8308                 Newport Beach, CA 92660
Info@ManningLawOffice.com                                                  www.ManningLawOffice.com

Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**



Joseph R. Manning, Jr., Esq.



# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney:<br>Joseph R. Manning, Jr.<br>Info@ManningLawOffice.com | Office: 949.200.8755<br>Facsimile: 866.843.8308<br>www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150,<br>Newport Beach, CA, 92660 |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: *Nationstar*

LOAN NO.: *61860907 7*

BORROWER: Geoffrey Holroyd

SOCIAL SECURITY NO.: *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*

CO-BORROWER: June Holroyd

*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*

TRUSTEE:

TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA     ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐   No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA     ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mahrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

*June Holroyd*
Borrower

*Geoffrey Holroyd*
Co-Borrower

*DEC. 11 2014*
Date

*DEC. 11 2014*
Date

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PASSWORD: HELP

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____
Authorized Lender Signature

_____
Date

06UI9A0008MI

# EXHIBIT "C-1"

Case 2:15-cv-02245-RGK-AS Document 1-5 Filed 03/06/15 Page 54 of 168 Page ID #:397

English        Customer Service        USPS Mobile                                    Register / Sign In

 **USPS.COM**

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70142870000078338354

## Product & Tracking Information

**Postal Product:**

**Extra Svc:**
Certified Mail™

### Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | IRVING, TX 75063 |

**Email Updates**

**Return Receipt After Mailing**

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 6:46 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:01 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

**Tracking (or receipt) number**

[                    ]     **Track It**

## HELPFUL LINKS
Contact Us
Site Index
FAQs

## ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

## OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

## LEGAL INFORMATION
Privacy Policy
Term of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

# EXHIBIT "D"

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No:*  7014 2120 0004 7824 2567

> **Borrower names:** Geoffrey H. Holyrod and June D. Holroyd
> **Loan Number:** 0618609077
> **Subject Property:** 740 Coyote Road, Montecito, CA 93108

**Re: Request for a Payoff Balance Pursuant to Section 1026.36 of Regulation Z**

Dear Sir or Madam:

Please consider this letter to constitute a Request for a Payoff Balance related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1026.36 of Regulation Z of the Mortgage Servicing Act under TILA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a Payoff Balance regarding the above captioned loan.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar    LOAN NO.: 0186090 7 7

BORROWER: Geoffrey Holroyd    SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd    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

TRUSTEE:    TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito    STATE: CA    ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito    STATE: CA    ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_June Holroyd_
Borrower

_Geoffrey Holroyd_
Co-Borrower

_DEC. 11 2014_
Date

_DEC. 11 2014_
Date

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PASSWORD: HELP

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____
Authorized Lender Signature

_____
Date

O6UI9A000BMI

**EXHIBIT "D-1"**

Case 2:15-cv-02245-RGK-ASD Document 1-15 Filed 07/06/15 Page 59 of 168 Page ID #:402



English          Customer Service          USPS Mobile                                    Register / Sign in

## ≡USPS.COM®

# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

---

Tracking Number: 70142870000078338361

## Product & Tracking Information

**Postal Product:**                **Extra Svc:**
                                   Certified Mail™

### Available Actions

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | IRVING, TX 75063 |

Email Updates

Return Receipt After Mailing

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 6:46 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:01 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

Tracking (or receipt) number

[                                        ]          Track It

---

HELPFUL LINKS          ON ABOUT.USPS.COM          OTHER USPS SITES          LEGAL INFORMATION

Contact Us             About USPS Home            Business Customer Gateway  Privacy Policy
Site Index             Newsroom                   Postal Inspectors          Terms of Use
FAQs                   USPS Service Updates        Inspector General          FOIA
                       Forms & Publications        Postal Explorer            No FEAR Act EEO Data
                       Government Services         National Postal Museum
                       Careers                     Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "E"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney: | Office: 949.200.8755 | 4667 MacArthur Blvd., Suite 150 |
|---|---|---|
| Joseph R. Manning, Jr. | Facsimile: 866.843.8308 | Newport Beach, CA 92660 |
| Info@ManningLawOffice.com | | www.ManningLawOffice.com |

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No:  7014 2120 0004 7824 2529*

| **Borrower names:** | **Geoffrey H. Holyrod and June D. Holroyd** |
|---|---|
| **Loan Number:** | **0618609077** |
| **Subject Property:** | **740 Coyote Road, Montecito, CA 93108** |

**Re: Request for Itemized Payoff Statement Pursuant to Section 1026.36 of Regulation Z**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for Itemized Payoff Statement related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1026.36 of Regulation Z** of the Mortgage Servicing Act under TILA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with an Itemized Payoff Statement.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| | | |
|---|---|---|
| Attorney:<br>Joseph R. Manning, Jr.<br>Info@ManningLawOffice.com | Office: 949.200.8755<br>Facsimile: 866.843.8308<br>www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150,<br>Newport Beach, CA, 92660 |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: *Nationstar*          LOAN NO.: *0186090077*

BORROWER: Geoffrey Holroyd          SOCIAL SECURITY NO.: *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*

CO-BORROWER: June Holroyd          *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*

TRUSTEE:                              TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐  No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant **The Law Office of Joseph R. Manning Jr.** permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: **Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris.** This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

*June Holroyd*
Borrower                                         DEC. 11 2014
                                                 Date
*Geoffrey Holroyd*
Co-Borrower                                      DEC. 11 2014
                                                 Date

The Law Office of Joseph R. Manning, Jr., APC          **PASSWORD: HELP**
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____          _____
Authorized Lender Signature                Date

Q6UI9A000BMI

**EXHIBIT "E-1"**

English    Customer Service    USPS Mobile    Register / Sign In



# USPS Tracking™

Customer Service ›
Have questions? We're here to help.

---

**Tracking Number:** 70142870000078338378

## Product & Tracking Information

**Postal Product:**

**Extra Svc:**
Certified Mail™

**Available Actions**

Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| February 26, 2015 , 11:05 am | Delivered | IRVING, TX 75063 |

Email Updates

Return Receipt After Mailing

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| February 25, 2015 , 9:15 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 12:08 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:08 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

**Tracking (or receipt) number**

Track It

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "F"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No: 7014 2120 0004 7824 2536*

> Borrower names: **Geoffrey H. Holyrod and June D. Holyrod**
> Loan Number: **0618609077**
> Subject Property: **740 Coyote Road, Montecito, CA 93108**

**Re: Request for Proof of Prompt Crediting Pursuant to Section 1026.36 of Regulation Z**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for Proof of Prompt Crediting related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1026.36 of Regulation Z** of the Mortgage Servicing Act under TILA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a Proof of Prompt Crediting regarding the above captioned loan.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney:<br>Joseph R. Manning, Jr.<br>Info@ManningLawOffice.com | Office: 949.200.8755<br>Facsimile: 866.843.8308<br>www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150,<br>Newport Beach, CA, 92660 |
|---|---|---|

## LETTER OF AUTHORIZATION

LENDER/SERVICER: *Nationstar*  LOAN NO.: 0186090 7 7

BORROWER: Geoffrey Holroyd  SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd  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

TRUSTEE:  TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐  No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____   DEC. 11 2014
Borrower                    Date

_____   DEC. 11 2014
Co-Borrower                 Date

The Law Office of Joseph R. Manning, Jr., APC   PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____        _____
Authorized Lender Signature     Date

Q6UI9A000BMI

# EXHIBIT "F-1"

Case 2:15-cv-02255-RGK-ASD Document 1 Filed 03/26/15 Page 69 of 168 Page ID #:412

English    Customer Service    USPS Mobile                    Register / Sign in



# USPS Tracking™

✉ **Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142870000078338385**

## Product & Tracking Information

**Postal Product:**          **Extra Svc:**
                             Certified Mail™

### Available Actions

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | **IRVING, TX 75063** |

**Email Updates**

**Return Receipt After Mailing**

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 6:46 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:06 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

**Tracking (or receipt) number**

[                                        ]   **Track It**

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "G"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No:  7014 2120 0004 7824 2543*

**Borrower names:**    Geoffrey H. Holyrod and June D. Holroyd
**Loan Number:**    0618609077
**Subject Property:**    740 Coyote Road, Montecito, CA 93108

**Re: Request for Reinstatement Statement Pursuant to Section 1026.36 of Regulation Z**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for a Reinstatement Statement related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1026.36 of Regulation Z** of the Mortgage Servicing Act under TILA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request is attached hereto and incorporated herein by this reference.

Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a Reinstatement Statement regarding the above captioned loan.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney: | Office: 949.200.8755 | 4667 MacArthur Blvd., Ste. 150, |
|---|---|---|
| Joseph R. Manning, Jr. | Facsimile: 866.843.8308 | Newport Beach, CA, 92660 |
| Info@ManningLawOffice.com | www.ManningLawOffice.com | |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: *Nationstar*          LOAN NO.: *0186090077*

BORROWER: **Geoffrey Holroyd**          SOCIAL SECURITY NO.: *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*

CO-BORROWER: **June Holroyd**          *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*

TRUSTEE:          TS NO.:

PROPERTY ADDRESS: **740 Coyote Rd.**

CITY: **Montecito**          STATE: **CA**          ZIP CODE: **93108**

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: **740 Coyote Rd.**

CITY: **Montecito**          STATE: **CA**          ZIP CODE: **93108**

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____          Dec. 11 2014
Borrower                                         Date

_____          Dec. 11 2014
Co-Borrower                                     Date

The Law Office of Joseph R. Manning, Jr., APC          PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____          _____
Authorized Lender Signature                   Date

06UJ9A000BMI

EXHIBIT "G-1"

P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



71 96900 2484 0399 9643 9

RECEIVED MAR 23 2015

Mailed On:          3/20/2015
Reference Number:   CA1400264103
Mailing Number:     0010412-01        ClientID: Veripris000369 CE

GEOFFREY HOLROYD
MANNING LAW OFFICE, APC, 4667 MACARTHUR BOULEVARD,
Newport Beach, CA 92660

## IMPORTANT INFORMATION IS CONTAINED WITHIN THE ATTTACHED NOTICE.

## PLEASE READ CAREFULLY

VERIPRISE PROCESSING SOLUTIONS LLC IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

GenericAddressInsert.doc

Rev. 03/01/2011

Recording Requested By:
Title 365

COPY of Document Recorded at
Santa Barbara, CA County Recorder
2015-0012416 BK: PG:
03/17/2015 has not been compared with
original. Original will be returned when
process has been completed.

Fee: 37.00 DTT: 0.00
Total: 37.00

When Recorded Mail To:

VERIPRISE PROCESSING SOLUTIONS LLC
750 Hwy 121 BYP STE 100
Lewisville, TX 75067

APN: 013-070-041-00
Property Address: 740 COYOTE RD
SANTA BARBARA, CA
93108-1015

TS No. : CA1400264103
TSG No. : 730-1406976-70

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

ATTENTION RECORDER: THE FOLLOWING REFERENCE TO AN ATTACHED SUMMARY IS
APPLICABLE TO THE NOTICE PROVIDED TO THE TRUSTOR ONLY

NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED
注：本文件包含一个信息摘要
참고사항: 본 첨부 문서에 정보 요약서가 있습니다
NOTA: SE ADJUNTA UN RESUMEN DE LA INFORMACIÓN DE ESTE DOCUMENTO
TALA: MAYROONG BUOD NG IMPORMASYON SA DOKUMENTONG ITO NA NAKALAKIP
LƯU Ý: KÈM THEO ĐÂY LÀ BẢN TRÌNH BÀY TÓM LƯỢC VỀ THÔNG TIN TRONG TÀI LIỆU NÀY

Pursuant to California Civil Code Section 2924c(b)(1) please be advised of the following:

### IMPORTANT NOTICE

IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE
BEHIND IN YOUR PAYMENTS IT MAY BE SOLD WITHOUT ANY COURT
ACTION, and you may have the legal right to bring your account into good standing by paying all of
your past due payments plus permitted costs and expenses within the time permitted by law for
reinstatement of your account, which is normally five days business days prior to the date set for the
sale of your property. No sale date may be set until approximately 90 days from the date this Notice of
Default may be recorded (which date of recordation appears on this notice).

This amount is $446,593.42 as of 03/11/2015, and will increase until your account becomes current.

TS No.:                    **CA1400264103**        TSG No. :   **730-1406976-70**
VA/FHA/PMI
No.:

# NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1 W/A/T/A DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF THE GSR MORTGAGE LOAN TRUST 2006-OA1, A NEW YORK CORPORATION
c/o VERIPRISE PROCESSING SOLUTIONS LLC**

**750 Hwy 121 BYP STE 100
Lewisville, TX 75067
855-683-3097**

TS No.:        **CA1400264103**       TSG No.:   **730-1406976-70**
VA/FHA/PMI No.:

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale provided the sale is concluded prior to the conclusion of the foreclosure.

### Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

NOTICE IS HEREBY GIVEN: That VERIPRISE PROCESSING SOLUTIONS LLC is either the original trustee, the duly appointed substitute trustee, or acting as agent for the trustee or beneficiary under a Deed of Trust dated 01/10/2006, executed by:

**GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST,**

as Trustor(s) to secure certain obligations in favor of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR COUNTRYWIDE BANK, N.A. as Beneficiary, recorded 01/18/2006, (as Instrument No.) 2006-0004007, (in Book) NA, (Page) NA of Official Records in the Office of the Recorder of SANTA BARBARA COUNTY, CALIFORNIA describing land therein as:
AS MORE FULLY DESCRIBED IN THE ABOVE MENTIONED DEED OF TRUST

said obligations including ONE NOTE FOR THE ORIGINAL sum of $1,680,800.00.

That a breach of, and default in, the obligations for which such Deed of Trust is security has occurred in that payment has not been made of:

**THE INSTALLMENT OF PRINCIPAL AND INTEREST WHICH BECAME DUE ON 11/1/2009 AND ALL SUBSEQUENT INSTALLMENTS, TOGETHER WITH LATE CHARGES AS SET FORTH IN SAID NOTE AND DEED OF TRUST, ADVANCES, ASSESSMENTS, FEES, AND/OR TRUSTEE FEES. NOTHING IN THIS NOTICE SHALL BE CONSTRUED AS A WAIVER OF ANY FEES OWING TO THE BENEFICIARY UNDER THE DEED OF TRUST, PURSUANT TO THE TERMS OF THE LOAN DOCUMENTS.**



TS No.:     **CA1400264103**          TSG No.:   **730-1406976-70**
VA/FHA/PMI No.:

## NOTICE OF DEFAULT AND ELECTION TO SELL UNDER DEED OF TRUST

That by reason thereof, the present beneficiary under such deed of trust, has deposited with said agent such deed of trust and all documents evidencing obligations secured thereby, and has declared and does hereby declare all sums secured thereby immediately due and payable and has elected and does hereby elect to cause the trust property to be sold to satisfy the obligations secured thereby.

Dated: _____8/13/15_____

                                              VERIPRISE PROCESSING SOLUTIONS LLC

                                              By: _____
                                                              (Signature)
                                              Name: __CHRISTINA LIRA__
                                              Title: __SR__ Foreclosure Specialist

**VERIPRISE PROCESSING SOLUTIONS LLC IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

See Attached Declaration

## Declaration of Mortgage Servicer Pursuant to
## Civil Code §2923.55(c)

Borrower(s):       Geoffrey H. Holroyd and June D. Holroyd
Mortgage Servicer:  Nationstar Mortgage LLC
Property Address:  740 Coyote Rd., Santa Barbara CA 93106
T.S. No.:

The undersigned, as an authorized agent or employee of the mortgage servicer named below, declares that:

1.  The mortgage servicer has contacted the borrower pursuant to California Civil Code §2923.55(b)(2) to "assess the borrower's financial situation and explore options for the borrower to avoid foreclosure". Thirty (30) days, or more, have passed since the initial contact was made.

2.  X  The mortgage servicer has tried with due diligence to contact the borrower as required by California Civil Code §2923.55(f), but has not made contact despite such due diligence. Thirty (30) days, or more, have passed since these due diligence efforts were satisfied.

3.  ☐ No contact was required by the mortgage servicer because the individual(s) identified above did not meet the definition of "borrower" pursuant to subdivision (c) of California Civil Code §2920.5.

      ☐ An individual who has surrendered the secured property as evidenced by either a letter confirming the surrender or delivery of the keys to the property to the mortgagee, beneficiary, or authorized agent.

      ☐ An individual who has contracted with an organization, person, or entity whose primary business is advising people who have decided to leave their homes on how to extend the foreclosure process and avoid their contractual obligations to mortgagees or beneficiaries.

      ☐ An individual who has filed a case under Chapter 7, 11, 12, or 13 of Title 11 of the United States Code and the bankruptcy court has not entered an order closing or dismissing the bankruptcy case, or granting relief from a stay of foreclosure.

4.  ☐ The requirements of California Civil Code §2923.55 do not apply because the loan encumbering the above-referenced property is not secured by a first lien mortgage or first lien deed of trust that secures a loan, or that encumbers real property, described in California Civil Code §2924.15(a).

I certify that this declaration is accurate, complete and supported by competent and reliable evidence which the mortgage servicer has reviewed to substantiate the borrower's default and the right to foreclose, including the borrower's loan status and loan information.

Nationstar Mortgage LLC
Mortgage Servicer

Dated: 9/4/2014          By: _Jennifer Talbot_  9/4/14

Name (Print):Jennifer Talbot-assistant secretary



NOTICE OF DEFAULT
SUMMARY OF KEY INFORMATION

The attached notice of default was sent to **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST,** in relation to: **740 COYOTE RD, SANTA BARBARA, CA 93108-1015.** This property may be sold to satisfy your obligation and any other obligation secured by the deed of trust or mortgage that is in default. **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST ,** has, as described in the notice of default, breached the mortgage or deed of trust on the property described above.

IMPORTANT NOTICE: IF YOUR PROPERTY IS IN FORECLOSURE BECAUSE YOU ARE BEHIND IN YOUR PAYMENTS, IT MAY BE SOLD WITHOUT ANY COURT ACTION, and you may have the legal right to bring your account in good standing by paying all of your past due payments plus permitted costs and expenses within the time permitted by law for reinstatement of your account, which is normally five business days prior to the date set for the sale of your property. No sale date may be set until approximately 90 days from the date the attached notice of default may be recorded (which date of recordation appears on the notice).

This amount is **$446,593.42** as of **03/17/2015** and will increase until your account becomes current.

While your property is in foreclosure, you still must pay other obligations (such as insurance and taxes) required by your note and deed of trust or mortgage. If you fail to make future payments on the loan, pay taxes on the property, provide insurance on the property, or pay other obligations as required in the note and deed of trust or mortgage, the beneficiary or mortgagee may insist that you do so in order to reinstate your account in good standing. In addition, the beneficiary or mortgagee may require as a condition to reinstatement that you provide reliable written evidence that you paid all senior liens, property taxes, and hazard insurance premiums.

Upon your written request, the beneficiary or mortgagee will give you a written itemization of the entire amount you must pay. You may not have to pay the entire unpaid portion of your account, even though full payment was demanded, but you must pay all amounts in default at the time payment is made. However, you and your beneficiary or mortgagee may mutually agree in writing prior to the time the notice of sale is posted (which may not be earlier than three months after this notice of default is recorded) to, among other things, (1) provide additional time in which to cure the default by transfer of the property or otherwise; or (2) establish a schedule of payments in order to cure your default; or both (1) and (2).

Following the expiration of the time period referred to in the first paragraph of this notice, unless the obligation being foreclosed upon or a separate written agreement between

you and your creditor permits a longer period, you have only the legal right to stop the sale of your property by paying the entire amount demanded by your creditor.

To find out the amount you must pay, or to arrange for payment to stop the foreclosure, or if your property is in foreclosure for any other reason, contact:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1**
**c/o Nationstar Mortgage LLC**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**
**888-480-2432**

If you have any questions, you should contact a lawyer or the governmental agency which may have insured your loan.

Notwithstanding the fact that your property is in foreclosure, you may offer your property for sale, provided the sale is concluded prior to the conclusion of the foreclosure.

Remember, YOU MAY LOSE LEGAL RIGHTS IF YOU DO NOT TAKE PROMPT ACTION.

If you would like additional copies of this summary, you may obtain them by calling **855-683-3097.**

Civil Code Section 2923.3(c)(2)                    2                    (Revised 12/18/12)

違約通知

關鍵信息摘要

本文中包含有關 740 COYOTE RD, SANTA BARBARA, CA 93108-1015。

（所涉固定抵押貸款或產權契約違約的房產描述）

的違約通知發送給　GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES

U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST

（委托人姓名）

該房產可能被出售，以履行你的產權契約，抵押貸款及所應承擔的任何其它義務。

GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED

SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST 如違約通知中所描述，違反

了上述房產的抵押貸款或產權契約。

（委托人）

重要注意事項：如果你的房產因為你逾期未付款而進入法拍程序，可能不經任何法庭行動

而被出售。你可能有權利在法律允許的恢復賬戶時間內，支付你所有的逾期款項，加上應

付的成本和費用，使你的帳戶保持良好信譽。 時間通常是確定你財產出售日期的五個工

作日之前。法拍日期要到本文中包含的違約通知被記錄在案（記錄日期出現在通知上）之

后的 90 天，才可能確定。

這一金額在 $446,593.42 時為 03/17/2015，並會增加，直到你的帳戶回歸正常。

（日期）

當你的房產進入法拍程序，你仍須支付應付票據和產權契約或抵押貸款的其它付款義務

（如保險費和稅金）。如果你沒有支付接下來的貸款，房地產稅，或財產保險及其它應付



Notice of Default – Chinese (Revised 12/18/12)

票據和產權契約或抵押貸款所要求的付款義務，受益人或抵押權人可以堅持要求你履行這些義務，以恢復你的帳戶信譽。此外，受益人或抵押權人可以以恢復你的帳戶為條件，要求你提供已經付清需優先處理的放置在你產權上的債務，房地產稅及財產保險保費的可靠書面証據。

一旦你書面申請，受益人或抵押權人會提供給你分類支付的全部帳單金額。雖然要求全額付款，你可以不用支付賬戶中的全部未付款，但你必須支付所有已逾期的款項。但是，你和你的受益人或抵押權人在發布法拍書面通知前（本通知被記錄在案的 3 個月后），可以以書面形式相互同意，其中包括（1）提供更多的時間來轉讓房產及以其它方式糾正違約，或（2）建立付款時間表以糾正違約，或兩者兼而有之。

當本通知第一段中提到的時間段到期，如果法拍未進行，或者你和你的債權人之間有單獨的書面協議允許更長的時間，你僅有在支付你債權人所要求的全部金額后，才有權利停止債權人出售你的房產。

如果要了解必須支付的款項或安排支付以停止法拍，或者要了解你的房產進入法拍程序的其他原因，請聯系：

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1

（郵寄地址）

c/o Nationstar Mortgage LLC

8950 Cypress Waters Blvd

Coppell, TX 75019

Notice of Default – Chinese (Revised 12/18/12)

（郵寄地址）

888-480-2432

（電話）

如果你有任何疑問，應咨詢律師及可能為你的貸款提供擔保的政府機構。

盡管事實上你的房產已進入法拍程序，你可以上市出售你的房產。雙要出售程序在法拍程

序結束之前完成即可。

請記住，如果你不迅速採取行動，你可能失去法律權利。

如果你想獲得更多的本摘要副本，請撥打下列電話 855-683-3097。

（電話號碼）



채무 불이행 통지서

주요 정보 요약

첨부된 채무 불이행 통지서는 GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST 에게 발송되는 것이며,

(신탁설정자 성명)

이는 740 COYOTE RD, SANTA BARBARA, CA 93108-1015 에 관한

(채무 불이행 저당권 또는 신탁 증서를 보증하는 부동산에 대한 설명)

것입니다.

이 부동산은 귀하의 채무 및 신탁 증서나 저당권에 의해 보증된 기타 채무를 이행하기 위해 매각될 수 있습니다. 채무 불이행 통지서에서 설명된 바와 같이, GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST 는(은)

(신탁설정자)

상기 설명된 부동산의 저당권 또는 신탁 증서를 위반했습니다.

중요 통보: 귀하의 부동산이 체납으로 인해 차압이 진행 중인 경우, 그 부동산은 법원의 판결 없이 매각될 수 있으며, 귀하에게는 모든 미불금과 허용 가능 원가 및 법이 허용하는 시간 내에 계정 복구를 위한 비용을 지불함으로써 귀하의 계정을 완불 상태로 만들 수 있는 법적 권리가 있으며, 이 허용 시간은 보통 영업일로 부동산의 매각 예정일로부터 5일 전입니다. 부동산 매각 날짜는 채무 불이행 통지가 기록되는 날짜(통지서에 기재되어 있음)로부터 약 90일 이내로 정해질 수 없습니다.

이 금액은 **$446,593.42** 현재 **03/17/2015** 이며, 귀하의 계정이 기한 내

(날짜)

지불 상태가 될 때까지 증가할 것입니다.

귀하의 부동산 차압이 진행되는 동안에도 귀하는 신탁 어음 및 증서 또는 저당권에 의해 요구되는 기타 채무(보험, 세금 등)를 지불해야 합니다. 장래 대부금 지불, 부동산에 대한 세금 납부, 부동산에 대한 보험 유지, 또는 신탁 어음 및 증서 또는 저당권에 의해 요구되는 기타 채무에 대한 지불을

Notice of Default – Korean (Revised 12/18/12)

불이행하는 경우, 신탁수익자나 저당권자는 상기 사항이 이행되지 않으면 귀하의 계정이 완불 상태로 복구될 수 없다고 주장할 수 있습니다. 또한 신탁수익자나 저당권자는 복구의 조건으로 귀하에게 모든 선순위 담보권, 재산세 및 재해 보험료를 지불했다는 확실한 서면 증거를 제공할 것을 요구할 수 있습니다.

서면 요청시, 신탁수익자나 저당권자는 지불되어야 할 전체 금액에 대한 조목별 기재 문서를 제공할 것입니다. 완불을 요구한다 하더라도 귀하는 귀하 계정의 전체 미납 부분을 모두 지불할 필요는 없지만, 지불하는 당시 모든 채무 불이행 금액이 지불되어야 합니다. 그러나, 귀하와 귀하의 신탁수익자 또는 저당권자는 매각 통보의 게시 시점 이전에, (1) 부동산의 양도 또는 다른 방법으로 채무 불이행을 해결할 수 있는 추가적인 시간 제공, 또는 (2) 채무 불이행을 해결하기 위한 지급 일정의 확립, 또는 (1)과 (2)를 함께 수행하는 서면 사전 합의와 같은 해결 방법들이 있습니다.

본 통지서의 첫번째 단락에 나타난 만기일 이후, 차압이 진행되는 채무 또는 귀하와 귀하의 채권자에 의한 별도의 서면 합의에 의해 추가적인 시간이 허용되지 않는 한, 채권자가 요구하는 전체 금액을 지불하는 것이 귀하의 부동산 매각을 저지할 수 있는 유일한 법적 권리입니다.

귀하가 지불해야 할 금액을 알아보시려면, 차압을 중단하기 위한 지불 방법에 대해 합의하시려면 또는 다른 어떤 이유로 인해 귀하의 부동산에 대한 차압이 진행되는 경우, 다음으로 연락하십시오:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1**
(신탁수익자 또는 저당권자의 성명)

**c/o Nationstar Mortgage LLC**
**8950 Cypress Waters Blvd**
**Coppell, TX 75019**
(우편 주소)

**888-480-2432-**
(전화번호)

 Notice of Default -- Korean (Revised 12/18/12)

질문이 있으신 경우, 변호사 또는 귀하의 대부금을 보증한 정부 기관에 연락하십시오.

귀하의 부동산에 대한 차압이 진행됨에도 불구하고 귀하는 부동산을 매각 처분할 수 있으며, 이때 부동산의 매각은 차압이 완료되기 전에 완료되어야 합니다.

<u>신속히 행동하지 않으시는 경우, 법적 권리를 잃을 수 있는 사실을 명심하시기 바랍니다.</u>

본 요약서의 추가적인 사본을 원하시는 경우, **855-683-3097** 으)로

                                (전화번호)

전화하시면 보내드립니다.

AVISO DE INCUMPLIMIENTO

RESUMEN DE LA INFORMACIÓN CLAVE

El aviso de incumplimiento adjunto se envió a **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST** en relación

(nombre del fideicomitente)

con **740 COYOTE RD, SANTA BARBARA, CA 93108-1015**

(Descripción del bien que garantiza la hipoteca o escritura de fideicomiso en mora)

Es posible que esta propiedad sea subastada para cancelar su deuda y cualquier otra obligación garantizada por la escritura de fideicomiso o hipoteca en mora. Tal como se

describe en el aviso de incumplimiento, **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST** ha incumplido los términos de la

(fideicomitente)

hipoteca o escritura de fideicomiso relacionadas con la propiedad antes mencionado.

ADVERTENCIA DE IMPORTANCIA: SI LA PROPIEDAD VA A SER EJECUTADO POR UN ATRASO EN LOS PAGOS, PUEDE VENDERSE SIN NECESIDAD DE ENTABLAR NINGUNA ACCIÓN ANTE LA CORTE, pero usted tiene el derecho jurídico de regularizar su cuenta mediante el pago de todos los importes atrasados, más los costos y gastos permitidos, dentro del plazo permitido por ley para la regularización de la deuda, que es, por lo general, de cinco días hábiles antes de la fecha fijada para la subasta la propiedad. No se puede fijar una fecha para la subasta hasta aproximadamente 90 días después de la fecha en que se registre el aviso de incumplimiento adjunto (fecha que figura en el aviso).

El importe adeudado es de **$446,593.42** al día **03/17/2015** y

(fecha)

aumentará hasta que se ponga al corriente en los pagos.

 Notice of Default – Spanish (Revised 12/18/12)

Mientras se mantenga vigente el procedimiento de ejecución de su propiedad, usted debe pagar otras obligaciones (tales como seguro e impuestos) exigidas en su vale y escritura de fideicomiso o hipoteca. Si no realiza los próximos pagos del préstamo, los impuestos de la propiedad, el seguro de la propiedad u otras obligaciones requeridas por el vale y la escritura de fideicomiso o hipoteca, el beneficiario o acreedor hipotecario pueden insistir en que los pague como condición para regularizar su cuenta. Asimismo, el beneficiario o acreedor hipotecario pueden exigirle, como condición para la regularización, que presente un comprobante confiable por escrito de que ha pagado todos los gravámenes principales, impuestos inmobiliarios y primas del seguro contra riesgos.

Si usted lo solicita por escrito, el beneficiario o acreedor hipotecario le entregarán un resumen por escrito del importe total que debe pagar. Es posible que usted no tenga que pagar la totalidad del monto adeudado de su cuenta, aunque la intimación haya incluido la totalidad de dicho monto, pero sí deberá pagar todos los importes vencidos a la fecha de la realización del pago. Sin embargo, antes de la fecha de publicación del aviso de venta (que no podrá ser menos de tres meses antes de la fecha de registro de este aviso de incumplimiento), usted y su beneficiario o acreedor hipotecario podrán acordar mutuamente por escrito, entre otras cosas: (1) un plazo adicional para subsanar el incumplimiento mediante una transferencia del bien o de otro modo; (2) un programa de pagos para subsanar el incumplimiento; o ambos

Una vez vencido el plazo mencionado en el primer párrafo del presente aviso, salvo que la obligación que se ejecuta o un acuerdo por escrito separado entre usted y su acreedor permitan un plazo mayor, usted solo tendrá el derecho jurídico de detener la subasta de la propiedad mediante el pago de todo el importe adeudado cuyo pago haya exigido el acreedor.

Para averiguar el importe que debe pagar o coordinar un programa de pagos para suspender la ejecución, o si su propiedad va a ser ejecutada por cualquier otro motivo, comuníquese con:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1**

(Nombre del beneficiario o acreedor hipotecario)

c/o Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

Notice of Default – Spanish (Revised 12/18/12)

(Dirección para la correspondencia)

**888-480-2432**

(Teléfono)

Si tiene alguna duda, debe consultar a un abogado o a la agencia de gobierno que asegura su préstamo.

Aun cuando ya se haya iniciado el procedimiento de ejecución, usted puede vender su propiedad, siempre que la venta se realice antes de la finalización del procedimiento de ejecución.

Recuerde que SI NO TOMA MEDIDAS DE INMEDIATO, ES POSIBLE QUE PIERDA SUS DERECHOS JURÍDICOS.

Si desea recibir copias adicionales de este resumen, puede llamar al teléfono **855-683-3097**. (ingresar número de teléfono)

Notice of Default – Spanish (Revised 12/18/12)

NOTICE OF DEFAULT (PABATID NG HINDI PAGKAKABAYAD)

BUOD NG PANGUNAHING IMPORMASYON

Ang nakakalip na notice of default (pabatid ng hindi pagkakabayad) ay ipinadala kay **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST,** sa may kaugnayan sa

(Pangalan ng Nagkakatiwala)

**740 COYOTE RD, SANTA BARBARA, CA 93108-1015**

(paglalarawan sa ari-arian na nagtitibay sa isinangla o deed of trust (papeles ng panagot sa utang) na hindi nabayaran) .

Ang ari-arian na ito ay maaaring ibenta para masiyahan ang inyong obligasyon at alinmang iba pang obligasyong natibay ng deed of trust (papeles ng panagot sa utang) o isinangla na hindi nabayaran. **GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST** ay, tulad nang inilarawan

(Nagkakatiwala)

sa notice of default (pabatid ng hindi pagkakabayad), hindi natupad na isinangla o deed of trust (papeles ng panagot sa utang) sa ari-arian na inilarawan sa itaas.

MAHALAGANG PAUNAWA: KUNG ANG INYONG ARI-ARIAN AY MAREREMATA SANHI NG INYONG PAGKUKULANG SA MGA KABAYARAN, MAAARI ITONG IBENTA NANG WALANG ANUMANG PAGKILOS MULA KORTE, at maaaring kayo ay may legal na karapatan na muling maisaayos para maturing na mainam na katayuan ang inyong account sa pamamagitan ng pagbabayad sa lahat ng inyong nakalipas na bayarin at ang mga pinahihntulutan na gastusin at singil sa loob ng panahon na pinahihintulutan ng batas para sa muling pagtatalaga ng inyong account, na karaniwang limang araw ng trabaho bago ang petsang itinakda para sa pagbebenta ng inyong ari-arian. Ang petsa ng pagbebenta ay hindi maaaring itakda hanggang makalipas ang 90 na araw mula sa petsa na ang pabatid ng hindi pagkakabayad ay maaaring maitala (aling petsa ng muling pagtatala na ipinapakita sa pabatid).

Ang halagang ito ay **$446,593.42** base sa petsang **03/17/2015** at

(petsa)

tataas hanggang ang inyong account ay masapanahon.

Notice of Default-Tagalog                    1                    (Revised 12/18/12)

Habang ang inyong ari-arian ay inireremata, maaari ninyo pa rin bayaran ang iba pang mga obligasyon (tulad ng insurance at mga buwis) na hinihiling ang inyong tala at deed of trust (papeles ng panagot sa utang) o isinangla. Kung kayo ay hindi makapagbayad sa utang, magbayad sa mga buwis sa ari-arian, kumuha ng insurance sa ari-arian, o bayaran ang iba pang mga obligasyon tulad nang hinihiling sa tala o deed of trust (papeles ng panagot sa utang) o isinangla, maaaring pilitin ng benepisyaryo o nag-sangla (nagkaloob ng isinangla) na gawin ninyo ito upang muling maitalaga ang inyong account patungo sa mainam na katayuan. Bilang karagdagan dito, maaaring hilingin bilang kondisyon ng benepisyaryo o nag-sangla para sa muling pagtatalaga, na kayo ay magbigay ng mapagkakatiwalaang nakasulat na katibayan na inyong nabayaran ang mga lumang garantiya, buwis sa ari-arian, at mga hulog sa seguro para sa pinsala.

Sa inyong naibigay na nakasulat na kahilingan, ang benepisyaryo o nag-sangla ay magbibigay sa inyo ng nakasulat na detalyadong listahan ng kabuuang halaga na dapat ninyong bayaran. Maaaring hindi ninyo kailangang bayaran ang kabuuan ng inyong hindi pa bayad na bahagi ng inyong account, kahit na hinihiling ang buong kabayaran, pero kailangan muna ninyong bayaran ang lahat ng mga halaga na nagkukulang ayon sa kasunduan sa panahon na naisagawa ang pagbabayad. Gayunman, kayo at ang inyong benepisyaryo o nag-sangla ay maaaring magkasundo sa pamamagitan ng kasulatan bago ilagay ang abiso ng pagbebenta (na hindi maaaring mas maaga sa tatlong buwan makalipas na matala itong notice of default o abiso ng hindi pagkakabayad) sa, bukod sa iba pang mga bagay, (1) magbigay ng dagdag na panahon kung saan ang kalutasan sa hindi pagtutupad sa napagkasunduan sa pamamagitan ng paglilipat ng ari-arian o sa iba pang paraan; o (2) magtatag ng tipanan ng mga pagbabayad upang malutas ang inyong pagkukulang; o parehong (1) at (2).

Kasunod ng paglipas ng itinakdang panahon na tinutukoy sa unang talaga ng pabatid na ito, maliban kung ang obligasyon sa pagkakaaremata o sa hiwalay na nakasulat na kasunduan sa pagitan ninyo at ng inyong creditor ay nagpapahintulot sa isang mas pinatagal na panahon, mayroon lamang kayong legal na karapatan na ihinto ang pagbebenta ng inyong legal na ari-arian sa pamamagitan ng pagbabayad ng buong halagang hinihingi ng inyong creditor.

Upang malaman ang halagang kailangan ninyong bayaran, o para isaayos ang mga pagbabayad para maihinto ang pagkakaaremata, o kung ang inyong ari-arian ay maremata sa iba pang kadahilanan, makipag-ugnayan sa:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1**

(Pangalan ng benepisyaryo o nag-sangla)

c/o Nationstar Mortgage LLC
8950 Cypress Waters Blvd
Coppell, TX 75019

(Address sa koreo)

888-480-2432

(Telepono)

Kung kayo ay mayroong kahit na anong katanungan, kailangan ninyong makipag-ugnayan sa isang abogado o ahensya ng pamahalaan na maaaring nagkaloob ng insurance sa inyong utang.

Sa kabila ng katotohanan na ang inyong ari-arian ay nireremata, maaari ninyong ihandog na ipagbenta ang inyong ari-arian, sa kundisyon na ang pagbebenta ay natapos bago ang pagtatapos ng pagkakaremata.

Tandaan, MAAARING MAWALA SA INYO ANG MGA LEGAL NA KARAPATAN KUNG HINDI KAYO KUMILOS KAAGAD.

Kung nais ninyo ng karagdagang mga kopya ng buod na ito, maaari ninyong makuha ang mga ito sa pamamagitan ng pagtawag 855-683-3097.

(numero ng telepono)

THÔNG BÁO VỀ VIỆC QUÁ HẠN TRẢ NỢ (Notice of Default)

BẢN TÓM LƯỢC CÁC THÔNG TIN CHÍNH (Summary of Key Information)

Thông báo quá hạn trả nợ kèm theo đây được gửi cho GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST, liên quan đến

(Tên của người ủy thác) (Name of trustor)

740 COYOTE RD, SANTA BARBARA, CA 93108-1015.

(Mô tả về căn nhà có hợp đồng vay thế chấp hoặc khế ước ủy thác quá hạn trả nợ)

(Description of the property that secures the mortgage or deed of trust in default)

Căn nhà này có thể được bán để hoàn trả số tiền nợ của quý vị và bất kỳ khoản nợ nào khác theo khế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà đã quá hạn trả. Như trình bày

trong thông báo quá hạn trả nợ, GEOFFREY H HOLROYD, AND JUNE D HOLROYD, TRUSTEES U/D/T DATED SEPTEMBER 5, 1991 FBO THE HOLROYD FAMILY TRUST đã vi phạm hợp đồng vay thế chấp mua

(Người được ủy thác) (Trustor)

nhà hoặc khế ước ủy thác đối với căn nhà mô tả ở trên.

THÔNG BÁO QUAN TRỌNG: NẾU CĂN NHÀ CỦA QUÝ VỊ BỊ TỊCH THU THẾ NỢ VÌ QUÝ VỊ KHÔNG TRẢ TIỀN ĐÚNG HẠN, CĂN NHÀ ĐÓ CÓ THỂ ĐƯỢC BÁN MÀ KHÔNG CẦN KIỆN RA TÒA,



Notice of Sale – Vietnamese (Revised 12/18/12)

và theo luật quý vị có quyền trả nợ đầy đủ cho trương mục của mình bằng cách trả toàn bộ số tiền đã

quá hạn trả cộng với các khoản chi phí và phí tổn được phép trong thời gian luật pháp cho phép để khôi

phục lại tài khoản của quý vị, thường là năm ngày làm việc trước ngày dự định bán căn nhà của quý vị.

Không được thu xếp ngày bán nhà cho tới khoảng 90 ngày kể từ ngày thông báo quá hạn trả nợ kèm

theo có thể được lưu hồ sơ (ngày lưu hồ sơ như ghi trên thông báo).

Số tiền này là **$446,593.42** tính tới ngày **03/17/2015** và sẽ tăng cho tới khi

(Amount)                                    (Ngày) (Date)

tài khoản của quý vị được thanh toán đầy đủ.

Trong thời gian căn nhà của quý vị bị tịch thu thế nợ, quý vị vẫn phải trả các khoản tiền khác (ví

dụ như bảo hiểm và thuế) theo giấy vay nợ và khế ước ủy thác hoặc hợp đồng vay thế chấp mua nhà

của quý vị. Nếu sau này quý vị không tiếp tục trả nợ khoản vay đó, trả thuế cho căn nhà đó, cung cấp

bảo hiểm cho căn nhà, hoặc trả các khoản tiền khác theo qui định trong giấy cam kết trả nợ và khế ước

ủy thác hoặc hợp đồng vay thế chấp mua nhà, người thụ hưởng hoặc người cho vay thế chấp mua nhà

có thể yêu cầu quý vị làm như vậy để phục hồi tài khoản của quý vị. Ngoài ra, người thụ hưởng hoặc

bên cho vay thế chấp mua nhà có thể đưa ra điều kiện tái phục hồi, đó là quý vị phải cung cấp chứng

từ đáng tin cậy về việc đã trả tất cả các khoản tịch thu thế nợ trước đó, thuế bất động sản, và lệ phí bảo

hiểm rủi ro nguy hiểm.

Sau khi nhận được yêu cầu bằng văn bản của quý vị, người thụ hưởng hoặc bên cho vay thế

chấp mua nhà sẽ gửi cho quý vị một bản liệt kê chi tiết toàn bộ số tiền mà quý vị phải trả. Quý vị có thể

không phải trả toàn bộ phần chưa trả trong trương mục của quý vị, mặc dù được yêu cầu trả toàn bộ,

nhưng phải trả tất cả các khoản tiền đã quá hạn trả nợ vào thời điểm trả tiền. Tuy nhiên, quý vị và

người thụ hưởng hoặc bên cho vay thế chấp mua nhà có thể thỏa thuận bằng văn bản trước thời điểm

Notice of Sale – Vietnamese (Revised 12/18/12)

niêm yết thông báo bán (không được sớm hơn ba tháng sau khi thông báo vi phạm hợp đồng này được lưu hồ sơ) để, ngoài các việc khác, (1) gia hạn thêm thời gian khắc phục tình trạng quá hạn trả nợ bằng cách chuyển nhượng căn nhà hoặc theo cách khác; hoặc (2) sắp xếp kế hoạch trả góp để khắc phục tình trạng vi phạm hợp đồng của quý vị; hoặc cả (1) và (2).

Sau khi hết thời hạn được nhắc tới trong đoạn đầu tiên của thông báo này, trừ khi số tiền bị tịch thu thế nợ hoặc có thỏa thuận riêng bằng văn bản giữa quý vị và chủ nợ cho phép gia hạn thêm thời gian, theo luật quý vị chỉ có quyền ngừng việc bán căn nhà của quý vị bằng cách trả toàn bộ số tiền mà chủ nợ yêu cầu.

Để biết số tiền mà quý vị phải trả, hoặc để thu xếp việc trả tiền nhằm ngăn chặn tình trạng tịch thu nhà thế nợ, hoặc nếu căn nhà của quý vị đang bị tịch thu thế nợ vì bất kỳ lý do nào khác, liên lạc:

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1**

(Tên của người thụ hưởng hoặc bên vay thế chấp mua nhà) (Name of beneficiary or mortgagee)

**c/o Nationstar Mortgage LLC**

**8950 Cypress Waters Blvd**

**Coppell, TX 75019**

(Địa chỉ gửi thư) (Mailing address)

**888-480-2432**

Notice of Sale -- Vietnamese (Revised 12/18/12)

(Điện thoại) (Telephone)

Nếu có thắc mắc, quý vị nên liên lạc với một luật sư hoặc cơ quan chính phủ có thể đã bảo hiểm khoản vay của quý vị.

Cho dù căn nhà của quý vị hiện đang bị tịch thu thế nợ của quý vị, quý vị có thể chào bán căn nhà đó, với điều kiện việc bán nhà phải kết thúc trước khi kết thúc thủ tục tịch thu nhà thế nợ.

Xin nhớ, QUÝ VỊ CÓ THỂ MẤT CÁC QUYỀN HẠN PHÁP LÝ NẾU KHÔNG HÀNH ĐỘNG NGAY.

Nếu muốn có thêm bản sao của thông báo này, quý vị có thể gọi

**855-683-3097.**

(Số điện thoại) (Telephone number)

Notice of Sale – Vietnamese (Revised 12/18/12)

VERIPRISE PROCESSING SOLUTIONS LLC
Lewisville, TX 75067
**Telephone:** 855-683-3097
**Fax:** 214-488-1521

Mar 20, 2015

FILE NUMBER: CA1400264103
GEOFFREY HOLROYD
MANNING LAW OFFICE, APC, 4667 MACARTHUR BOULEVARD,
Newport Beach, CA 92660

Re: Loan No.: XXXXXXXXXXX9077
     TS #:      CA1400264103

The current creditor to whom the debt is owed is: DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-OA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-OA1. The loan is serviced by Nationstar Mortgage LLC. VERIPRISE PROCESSING SOLUTIONS LLC has been authorized by the Servicer/Creditor to initiate foreclosure proceedings in connection with the foreclosure of a Deed of Trust associated with your real estate loan.

The amount of the outstanding debt as of the time of this letter, according to the records of our client is **$2,117,776.94.** Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above an adjustment may be necessary after we receive your check, in which case we will inform you before depositing the check for collection. For further information, write the undersigned or call **855-683-3097.**

**Please be advised that VERIPRISE PROCESSING SOLUTIONS LLC is a debt collector attempting to collect the above-referenced debt. Any information obtained from you may be used for that purpose.**

Federal law gives you thirty days after receipt of this letter to dispute the validity of the debt or any part of it. If you don't dispute the debt within that period, VERIPRISE PROCESSING SOLUTIONS LLC will assume that the debt is valid. If you do dispute the debt in writing, VERIPRISE PROCESSING SOLUTIONS LLC will, as required by the law, obtain and mail to you proof of the debt. And if, within the same period, you request in writing the name and address of your original creditor, if the original creditor is different from the current creditor, VERIPRISE PROCESSING SOLUTIONS LLC will furnish you with that information, too.

The law does not require expiration of this thirty-day waiting period prior to taking action to collect the debt. If, however, you request verification of the debt or the name and address of the original creditor within thirty days of receipt of this letter, the law requires that Veriprise Processing Solutions LLC suspend its efforts to collect the debt until you are mailed the requested information.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

IMPORTANT BANKRUPTCY NOTICE: If you are currently in a bankruptcy proceeding or have received a discharge of the debt referenced above, this notice is for informational purposes only and is not an attempt to collect a debt against you personally. You are being given this notice as a courtesy because your interest in Real Estate may be affected. If you are represented by an attorney, please provide this notice to your attorney.

Sincerely,
VERIPRISE PROCESSING SOLUTIONS LLC





Mar 20, 2015

GEOFFREY HOLROYD
MANNING LAW OFFICE, APC, 4667
MACARTHUR BOULEVARD,
Newport Beach, CA 92660
RE: 0618609077

## A NOTICE OF DEFAULT HAS BEEN FILED WITH REGARD TO YOUR MORTGAGE LOAN

While the foreclosure process has begun, you may still have foreclosure prevention alternatives available to you to avoid the disruption and damage to your credit that a foreclosure sale can cause.

**YOU MAY STILL HAVE ALTERNATIVES**
You may have had an unexpected expense, loss of income, or another circumstance that has prevented you from making your mortgage payments. Regardless of your situation, foreclosure is usually the worst possible outcome.
If you provide information about your situation, Nationstar Mortgage LLC can determine whether you qualify for temporary or long-term relief, including options that allow you to stay in your home (forbearance, repayment, modification) or leave your home while avoiding foreclosure (short sale, deed-in-lieu of foreclosure).

If you wish to be considered for an alternative to foreclosure, you must submit information to Nationstar Mortgage LLC for evaluation. Enclosed please find a Borrower Response Package with documents for you to complete and return to Nationstar Mortgage LLC in order to be considered for a foreclosure prevention alternative. **Please be advised that Nationstar Mortgage LLC cannot evaluate you for any of these foreclosure alternatives unless you return the completed packet to us. A completed packet must be received no less than 37 days prior to a scheduled foreclosure sale.**

Please return your packet to: **Nationstar Mortgage LLC**
**P.O. Box 630268**
**Irving, TX 75063**

Even if you have previously indicated that you are not interested in saving your home you can still be evaluated for alternatives to foreclosure, but you must act quickly since the foreclosure process has already been initiated. .

Once Nationstar Mortgage LLC has evaluated your information, you will be contacted regarding options and next steps. If you need assistance, contact Nationstar Mortgage LLC at **888-480-2432.**



www.NationstarMtg.com



intentionally left blank



## Making Home Affordable Program
## Request For Mortgage Assistance (RMA)

If you are experiencing a financial hardship and need help, you must complete and submit this form along with other required documentation to be considered for foreclosure prevention options under the Making Home Affordable (MHA) Program. You must provide information about yourself and your intentions to either keep or transition out of your property; a description of the hardship that prevents you from paying your mortgage(s); information about all of your income, expenses and financial assets; whether you have declared bankruptcy; and information about the mortgage(s) on your principal residence and other single family real estate that you own. Finally, you will need to return to your loan servicer (1) this completed, signed and dated Request for Mortgage Assistance (RMA); and (2) completed and signed IRS Form 4506-T or 4506T-EZ; and (3) all required income documentation identified in Section 4.

**When you sign and date this form, you will make important certifications, representations and agreements, including certifying that all of the information in this RMA is accurate and truthful.**

### SECTION 1: BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| BORROWER'S NAME | CO-BORROWER'S NAME |
| SOCIAL SECURITY NUMBER     DATE OF BIRTH (MM/DD/YY) | SOCIAL SECURITY NUMBER     DATE OF BIRTH (MM/DD/YY) |
| HOME PHONE NUMBER WITH AREA CODE | HOME PHONE NUMBER WITH AREA CODE |
| CELL OR WORK NUMBER WITH AREA CODE | CELL OR WORK NUMBER WITH AREA CODE |
| MAILING ADDRESS | MAILING ADDRESS (IF SAME AS BORROWER, WRITE "SAME") |
| EMAIL ADDRESS | EMAIL ADDRESS |

| | |
|---|---|
| Has any borrower filed for bankruptcy?  ☐ Chapter 7  ☐ Chapter 13 | Is any borrower a servicemember?  ☐ Yes  ☐ No |
| Filing Date: _____   Bankruptcy case number: _____ | Have you recently been deployed away from your principal residence or recently received a permanent change of station order?  ☐ Yes  ☐ No |
| Has your bankruptcy been discharged?  ☐ Yes  ☐ No | |

How many single family properties other than your principal residence do you and/or any co-borrower(s) own individually, jointly, or with others? _____

Has the mortgage on your principal residence ever had a Home Affordable Modification Program (HAMP) trial period plan or permanent modification?  ☐ Yes  ☐ No

Has the mortgage on any other property that you or any co-borrower own had a permanent HAMP modification?  ☐ Yes  ☐ No      If "Yes", how many? _____

Are you or any co-borrower currently in or being considered for a HAMP trial period plan on a property other than your principal residence?  ☐ Yes  ☐ No

### SECTION 2: HARDSHIP AFFIDAVIT

I (We) am/are requesting review under MHA.
I am having difficulty making my monthly payment because of financial difficulties created by (check all that apply):

| | | | |
|---|---|---|---|
| ☐ | My household income has been reduced. For example: reduced pay or hours, decline in business or self-employment earnings, death, disability or divorce of a borrower or co-borrower. | ☐ | My monthly debt payments are excessive and I am overextended with my creditors. Debt includes credit cards, home equity or other debt. |
| ☐ | My expenses have increased. For example: monthly mortgage payment reset, high medical or health care costs, uninsured losses, increased utilities or property taxes. | ☐ | My cash reserves, including all liquid assets, are insufficient to maintain my current mortgage payment and cover basic living expenses at the same time. |
| ☐ | I am unemployed and (a) I am receiving/will receive unemployment benefits or (b) my unemployment benefits ended less than 6 months ago. | | Other: |

Explanation (continue on a separate sheet of paper if necessary):

## SECTION 3: PRINCIPAL RESIDENCE INFORMATION
### (This section is required even if you are not seeking mortgage assistance on your principal residence)

I am requesting mortgage assistance with my principal residence ☐ Yes  ☐ No

If "Yes", I want to:  ☐ Keep the property  ☐ Sell the property

Property Address: _____ Loan I.D. Number: _____

Other mortgages or liens on the property? ☐ Yes ☐ No   Lien Holder/Servicer Name: _____ Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees? ☐ Yes ☐ No   If "Yes", Monthly Fee $_____ Are fees paid current? ☐ Yes ☐ No

Name and address that fees are paid to: _____

Does your mortgage payment include taxes and insurance? ☐ Yes ☐ No   If "No", are the taxes and insurance paid current? ☐ Yes ☐ No

Annual Homeowners Insurance $_____

Is the property listed for sale? ☐ Yes ☐ No   If "Yes", Listing Agent's Name: _____ Phone Number: _____

List date? _____ Have you received a purchase offer? ☐ Yes ☐ No   Amount of Offer $_____ Closing Date: _____

Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence.

Principal residence servicer name: _____ Principal residence servicer phone number: _____

Is the mortgage on your principal residence paid? ☐ Yes ☐ No   If "No", number of months your payment is past due (if known): _____

## SECTION 4: COMBINED INCOME AND EXPENSE OF BORROWER AND CO-BORROWER

| Monthly Household Income | | Monthly Household Expense/Debt (*Principal Residence Expense Only) | | Household Assets | |
|---|---|---|---|---|---|
| Monthly Gross wages | $ | First Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Overtime | $ | Second Mortgage Principal & Interest Payment* | $ | Checking Account(s) | $ |
| Self employment income | $ | Homeowner's Insurance* | $ | Savings / Money Market | $ |
| Unemployment income | $ | Property Taxes* | $ | CDs | $ |
| Untaxed Social Security / SSD | $ | HOA/Condo Fees* | $ | Stocks / Bonds | $ |
| Food Stamps/Welfare | $ | Credit Cards/Installment debt (total min. payment) | $ | Other Cash on Hand | $ |
| Taxable Social Security or retirement income | $ | Child Support / Alimony | $ | | |
| Child Support / Alimony** | $ | Car Payments | $ | | |
| Tips, commissions, bonus and overtime | $ | Mortgage Payments other properties**** | $ | | |
| Gross Rents Received *** | $ | Other | $ | Value of all Real Estate except principal residence | $ |
| Other | $ | | | Other | $ |
| Total (Gross income) | $ | Total Debt/Expenses | $ | Total Assets | $ |

** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt.
*** Include rental income received from all properties you own EXCEPT a property for which you are seeking mortgage assistance in Section 6.
**** Include mortgage payments on all properties you own EXCEPT your principal residence and the property for which you are seeking mortgage assistance in Section 6.

4-692-75337-0000181-001-6-000-000-000-000

## Required Income Documentation
### (Your servicer may request additional documentation to complete your evaluation for MHA)

| All Borrowers | ☐ Include a signed IRS Form 4506-T or 4506T-EZ |
|---|---|
| ☐ Do you earn a wage?<br><br>Borrower Hire Date (MM/DD/YY) _____<br>Co-Borrower Hire Date (MM/DD/YY) _____ | ☐ For each borrower who is a salaried employee or hourly wage earner, provide the most recent pay stub(s) that reflects at least 30 days of year-to-date income. |
| ☐ Are you self-employed? | ☐ Provide your most recent signed and dated quarterly or year-to-date profit and loss statement. |
| ☐ Do you receive tips, commissions, bonuses, housing allowance or overtime? | ☐ Describe the type of income, how frequently you receive the income and third party documentation describing the income (e.g., employment contracts or printouts documenting tip income). |
| ☐ Do you receive social security, disability, death benefits, pension, public assistance or adoption assistance? | ☐ Provide documentation showing the amount and frequency of the benefits, such as letters, exhibits, disability policy or benefits statement from the provider and receipt of payment (such as two most recent bank statements or deposit advices). |
| ☐ Do you receive alimony, child support, or separation maintenance payments? | ☐ Provide a copy of the divorce decree, separation agreement, or other written legal agreement filed with the court that states the amount of the payments and the period of time that you are entitled to receive them. AND<br><br>☐ Copies of your two most recent bank statements or deposit advices showing you have received payment.<br><br>**Notice:** Alimony, child support or separate maintenance income need not be disclosed if you do not choose to have it considered for repaying your mortgage debt. |
| ☐ Do you have income from rental properties that are not your principal residence? | ☐ Provide your most recent Federal Tax return with all schedules, including Schedule E.<br><br>☐ If rental income is not reported on Schedule E, provide a copy of the current lease agreement with bank statements showing deposit of rent checks. |

## SECTION 5: OTHER PROPERTIES OWNED
### (You must provide information about all properties that you or the co-borrower own, other than your principal residence and any property described in Section 6 below. Use additional sheets if necessary.)

### Other Property #1

Property Address: _____  Loan I.D. Number: _____

Servicer Name: _____  Mortgage Balance $ _____  Current Value $ _____

Property is: ☐ Vacant  ☐ Second or seasonal home  ☐ Rented  Gross Monthly Rent $ _____  Monthly mortgage payment* $_____

### Other Property #2

Property Address: _____  Loan I.D. Number: _____

Servicer Name: _____  Mortgage Balance $ _____  Current Value $ _____

Property is: ☐ Vacant  ☐ Second or seasonal home  ☐ Rented  Gross Monthly Rent $ _____  Monthly mortgage payment* $_____

### Other Property #3

Property Address: _____  Loan I.D. Number: _____

Servicer Name: _____  Mortgage Balance $ _____  Current Value $ _____

Property is: ☐ Vacant  ☐ Second or seasonal home  ☐ Rented  Gross Monthly Rent $ _____  Monthly mortgage payment* $_____

\* The amount of the monthly payment made to your lender—including, if applicable, monthly principal, interest, real property taxes and insurance premiums.



03/30/2012

## SECTION 6: OTHER PROPERTY FOR WHICH ASSISTANCE IS REQUESTED
(Complete this section ONLY if you are requesting mortgage assistance with a property that is not your principal residence)

I am requesting mortgage assistance with a rental property.  ☐ Yes  ☐ No

I am requesting mortgage assistance with a second or seasonal home.  ☐ Yes  ☐ No

If "Yes" to either, I want to:  ☐ Keep the property  ☐ Sell the property

Property Address: _____  Loan I.D. Number: _____

Do you have a second mortgage on the property  ☐ Yes  ☐ No  If "Yes", Servicer Name: _____  Loan I.D. Number: _____

Do you have condominium or homeowner association (HOA) fees?  ☐ Yes  ☐ No  If "Yes", Monthly Fee $ _____  Are HOA fees paid current?  ☐ Yes  ☐ No

Name and address that fees are paid to: _____

Does your mortgage payment include taxes and insurance?  ☐ Yes  ☐ No  If "No", are the taxes and insurance paid current?  ☐ Yes  ☐ No

Annual Homeowner's Insurance $ _____  Annual Property Taxes $ _____

If requesting assistance with a rental property, property is currently:  ☐ Vacant and available for rent.
☐ Occupied without rent by your legal dependent, parent or grandparent as their principal residence.
☐ Occupied by a tenant as their principal residence.
☐ Other _____

If rental property is occupied by a tenant: Term of lease / occupancy ___/___/_____ - ___/___/_____  Gross Monthly Rent $ _____
MM / DD / YYYY        MM / DD / YYYY

If rental property is vacant, describe efforts to rent property: _____
_____

If applicable, describe relationship of and duration of non-rent paying occupant of rental property: _____

Is the property for sale?  ☐ Yes  ☐ No  If "Yes", Listing Agent's Name: _____  Phone Number: _____

List date? _____  Have you received a purchase offer?  ☐ Yes  ☐ No  Amount of Offer $ _____  Closing Date: _____

## RENTAL PROPERTY CERTIFICATION
(You must complete this certification if you are requesting a mortgage modification with respect to a rental property.)

☐  By checking this box and initialing below, I am requesting a mortgage modification under MHA with respect to the rental property described in this Section 6 and I hereby certify under penalty of perjury that each of the following statements is true and correct with respect to that property:

1.  I intend to rent the property to a tenant or tenants for at least five years following the effective date of my mortgage modification. I understand that the servicer, the U.S. Department of the Treasury, or their respective agents may ask me to provide evidence of my intention to rent the property during such time. I further understand that such evidence must show that I used reasonable efforts to rent the property to a tenant or tenants on a year-round basis, if the property is or becomes vacant during such five-year period.

    Note: The term "reasonable efforts" includes, without limitation, advertising the property for rent in local newspapers, websites or other commonly used forms of written or electronic media, and/or engaging a real estate or other professional to assist in renting the property, in either case, at or below market rent.

2.  The property is not my secondary residence and I do not intend to use the property as a secondary residence for at least five years following the effective date of my mortgage modification. I understand that if I do use the property as a secondary residence during such five-year period, my use of the property may be considered to be inconsistent with the certifications I have made herein.

    Note: The term "secondary residence" includes, without limitation, a second home, vacation home or other type of residence that I personally use or occupy on a part-time, seasonal or other basis.

3.  I do not own more than five (5) single-family homes (i.e., one-to-four unit properties) (exclusive of my principal residence).

    **Notwithstanding the foregoing certifications, I may at any time sell the property, occupy it as my principal residence, or permit my legal dependent, parent or grandparent to occupy it as their principal residence with no rent charged or collected, none of which will be considered to be inconsistent with the certifications made herein.**

    This certification is effective on the earlier of the date listed below or the date the RMA is received by your servicer.

    Initials: Borrower _____  Co-borrower _____

## SECTION 7: DODD-FRANK CERTIFICATION

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 et seq.), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

      (a) felony larceny, theft, fraud, or forgery,
      (b) money laundering or
      (c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their respective agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law. This certification is effective on the earlier of the date listed below or the date this RMA is received by your servicer.

## SECTION 8: INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the federal government in order to monitor compliance with federal statutes that prohibit discrimination in housing. **You are not required to furnish this information, but are encouraged to do so.** The law provides that a lender or servicer may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, the lender or servicer is required to note the information on the basis of visual observation or surname if you have made this request for a loan modification in person. If you do not wish to furnish the information, please check the box below.

| BORROWER | ☐ I do not wish to furnish this information | CO-BORROWER | ☐ I do not wish to furnish this information |
|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino<br>☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White | Race: | ☐ American Indian or Alaska Native<br>☐ Asian<br>☐ Black or African American<br>☐ Native Hawaiian or Other Pacific Islander<br>☐ White |
| Sex: | ☐ Female<br>☐ Male | Sex: | ☐ Female<br>☐ Male |

| To be completed by Interviewer | | Name/Address of Interviewer's Employer |
|---|---|---|
| This request was taken by:<br>☐ Face-to-face interview<br>☐ Mail<br>☐ Telephone<br>☐ Internet | Interviewer's Name (print or type) & ID Number | |
| | Interviewer's Signature    Date | |
| | Interviewer's Phone Number (include area code) | |



| SECTION 9: BORROWER AND CO-BORROWER ACKNOWLEDGEMENT AND AGREEMENT |
|---|

1.  I certify that all of the information in this RMA is truthful and the hardship(s) identified above has contributed to submission of this request for mortgage relief.

2.  I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of my mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.

3.  I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to assemble and use a current consumer report on all borrowers obligated on the loan, to investigate each borrower's eligibility for MHA and the accuracy of my statements and any documentation that I provide in connection with my request for assistance. I understand that these consumer reports may include, without limitation, a credit report, and be assembled and used at any point during the application process to assess each borrower's eligibility thereafter.

4.  I understand that if I have intentionally defaulted on my existing mortgage, engaged in fraud or if it is determined that any of my statements or any information contained in the documentation that I provide are materially false and that I was ineligible for assistance under MHA, the Servicer, the U.S. Department of the Treasury, or their respective agents may terminate my participation in MHA, including any right to future benefits and incentives that otherwise would have been available under the program, and also may seek other remedies available at law and in equity, such as recouping any benefits or incentives previously received.

5.  I certify that any property for which I am requesting assistance is a habitable residential property that is not subject to a condemnation notice.

6.  I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.

7.  I understand that the Servicer will use the information I provide to evaluate my eligibility for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.

8.  I am willing to commit to credit counseling if it is determined that my financial hardship is related to excessive debt.

9.  If I am eligible for assistance under MHA, and I accept and agree to all terms of an MHA notice, plan, or agreement, I also agree that the terms of this Acknowledgment and Agreement are incorporated into such notice, plan, or agreement by reference as if set forth therein in full. My first timely payment, if required, following my servicer's determination and notification of my eligibility or prequalification for MHA assistance will serve as my acceptance of the terms set forth in the notice, plan, or agreement sent to me.

10. I understand that my Servicer will collect and record personal information that I submit in this RMA and during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, government monitoring information, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any MHA notice, plan or agreement to the U.S. Department of the Treasury and its agents, Fannie Mae and Freddie Mac in connection with their responsibilities under MHA, companies that perform support services in conjunction with MHA, any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) and to any HUD-certified housing counselor.

11. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

12. I understand that if my monthly payment did not include escrows for taxes and insurance, I will now be required to do so. I understand that any prior waiver that allowed me to pay directly for taxes and insurance is revoked. I agree to establish an escrow account and to pay required escrows into that account.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

_____       _____       _____       _____

Borrower Signature                    Social Security Number               Date of Birth                        Date


_____       _____       _____       _____

Co-Borrower Signature                 Social Security Number               Date of Birth                        Date

03/30/12

## HOMEOWNER'S HOTLINE

*If you have questions about this document or the Making Home Affordable Program, please call your servicer.*
*If you have questions about the program that your servicer cannot answer or need further counseling, you can call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673).*

*The Hotline can help with questions about the program and offers free HUD-certified counseling services in English and Spanish.*



## NOTICE TO BORROWERS

Be advised that by signing this document you understand that any documents and information you submit to your servicer in connection with the Making Home Affordable Program are under penalty of perjury. Any misstatement of material fact made in the completion of these documents including but not limited to misstatement regarding your occupancy of your property, hardship circumstances, and/or income, expenses, or assets will subject you to potential criminal investigation and prosecution for the following crimes: perjury, false statements, mail fraud, and wire fraud. The information contained in these documents is subject to examination and verification. Any potential misrepresentation will be referred to the appropriate law enforcement authority for investigation and prosecution. By signing this document you certify, represent and agree that: "Under penalty of perjury, all documents and information I have provided to my Servicer in connection with the Making Home Affordable Program, including the documents and information regarding my eligibility for the program, are true and correct."

If you are aware of fraud, waste, abuse, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program, please contact the SIGTARP Hotline by calling 1-877-SIG-2009 (toll-free), 202-622-4559 (fax), or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and the reason for escalation. Mail can be sent to Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L St. NW, Washington, DC 20220.

### Beware of Foreclosure Rescue Scams. Help is FREE!

- There is never a fee to get assistance or information about the Making Home Affordable Program from your lender or a HUD-approved housing counselor.

- Beware of any person or organization that asks you to pay a fee in exchange for housing counseling services or modification of a delinquent loan.

- Beware of anyone who says they can "save" your home if you sign or transfer over the deed to your house. Do not sign over the deed to your property to any organization or individual unless you are working directly with your mortgage company to forgive your debt.

- Never make your mortgage payments to anyone other than your mortgage company without their approval.





Form **4506T-EZ**

(Rev. January 2012)

Department of the Treasury
Internal Revenue Service

## Short Form Request for Individual Tax Return Transcript

► Request may not be processed if the form is incomplete or illegible

OMB No. 1545-2154

Tip. Use Form 4506T-EZ to order a 1040 series tax return transcript free of charge, or you can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

| 1a | Name shown on tax return. If a joint return, enter the name shown first. | 1b | First social security number or individual taxpayer identification number on tax return |
|---|---|---|---|
| 2a | If a joint return, enter spouse's name shown on tax return | 2b | Second social security number or individual taxpayer identification number if joint tax return |

**3** Current name, address (including apt., room, or suite no.), city, state, and ZIP code (see instructions)

**4** Previous address shown on the last return filed if different from line 3 (see instructions)

**5** If the transcript is to be mailed to a third party (such as a mortgage company), enter the third party's name, address, and telephone number. The IRS has no control over what the third party does with the tax information.

Third party name

**Nationstar Mortgage**

Telephone number

Address (including apt., room, or suite no.), city, state, and ZIP code

**P.O. Box 630268, Irving, TX 75063**

**Caution.** If the tax transcript is being mailed to a third party, ensure that you have filed in line 6 before signing. Sign and date the form once you have filled in this line. Completing this step helps to protect your privacy. Once the IRS discloses your IRS transcript to the third party listed on line 5, the IRS has no control over what the third party does with the information. If you would like to limit the third party's authority to disclose your transcript information, you can specify this limitation in your written agreement with the third party.

**6** Year(s) requested. Enter the year(s) of the return transcript you are requesting (for example, "2008"). Most requests will be processed within 10 business days.

**2012**

☐ Check this box if you have notified the IRS or the IRS has notified you that one of the years for which you are requesting a transcript involved identity theft on your federal tax return.

**Note.** If the IRS is unable to locate a return that matches the taxpayer identity information provided above, or if IRS records indicate that the return has not been filed, the IRS may notify you or the third party that it was unable to locate a return, or that a return was not filed, whichever is applicable.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or 2a. If the request applies to a joint return, either husband or wife must sign. **Note:** For transcripts being sent to a third party, this form must be received within 120 days of signature date.

Phone number of taxpayer
on line 1a or 2a

**Sign Here**

► Signature (see instructions)                    Date

► Spouse's signature                              Date

For Privacy Act and Paperwork Reduction Act Notice, see page 2.     Cat. No. 54185S     Form **4506T-EZ** (Rev. 1-2012)

Case 2:15-cv-02455-RGK-AS Document 1-15 Filed 07/06/15 Page 112 of 168 Page ID #:455
Case 2:15-cv-02455-RGK-AS Document 1-15 Filed 07/06/15 Page 112 of 168 Page ID #:455
4-052-7055-0-000-0141-001-12-000-000-000-000

Form 4506T-EZ (Rev. 1-2012)          Page **2**

Section references are to the Internal Revenue Code unless otherwise noted.

## What's New

The IRS has created a page on IRS.gov for information about Form 4506-EZ at *http://www.irs.gov/form4506* information about any recent developments affecting Form 4506T-EZ (such as legislation enacted after we released it) will be posted on that page.

**Caution.** Do not sign this form unless all applicable lines have been completed.

**Purpose of form.** Individuals can use Form 4506T-EZ to request a tax return transcript for the current and the prior three years that includes most lines of the original tax return. The tax return transcript will not show payments, penalty assessments, or adjustments made to the originally filed return. You can also designate (on line 5) a third party (such as a mortgage company) to receive a transcript. Form 4506T-EZ cannot be used by taxpayers who file Form 1040 based on a tax year beginning in one calendar year and ending in the following year (fiscal tax year). Taxpayers using a fiscal tax year must file Form 4506-T, Request for Transcript of Tax Return, to request a return transcript.

Use Form 4506-T to request tax return transcripts, tax account information, W-2 information, 1099 information, verification of non-filing, and record of account.

**Automated transcript request.** You can quickly request transcripts by using our automated self-help service tools. Please visit us at IRS.gov and click on "Order a Transcript" or call 1-800-908-9946.

**Where to file.** Mail or fax Form 4506T-EZ to the address below for the state you lived in when the return was filed.

If you are requesting more than one transcript or other product and the chart below shows two different addresses, send your request to the address based on the address of your most recent return.

| If you filed an individual return and lived in: | Mail or fax to the "Internal Revenue Service" at: |
|---|---|
| Alabama, Kentucky, Louisiana, Mississippi, Tennessee, Texas, a foreign country, American Samoa, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, the U.S. Virgin Islands, or A.P.O. or F.P.O. address | RAIVS Team Stop 6716 AUSC Austin, TX 73301 512-460-2272 |
| Alaska, Arizona, Arkansas, California, Colorado, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Michigan, Minnesota, Montana, Nebraska, Nevada, New Mexico, North Dakota, Oklahoma, Oregon, South Dakota, Utah, Washington, Wisconsin, Wyoming | RAIVS Team Stop 37106 Fresno, CA 93888 559-456-5876 |
| Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, Missouri, New Hampshire, New Jersey, New York, North Carolina, Ohio, Pennsylvania, Rhode Island, South Carolina, Vermont, Virginia, West Virginia | RAIVS Team Stop 6705 P-6 Kansas City, MO 64999 816-292-6102 |

**Line 1b.** Enter your employer identification number (EIN) if your request relates to a business return. Otherwise, enter the first social security number (SSN) or your individual taxpayer identification number (ITIN) shown on the return. For example, if you are requesting Form 1040 that includes Schedule C (Form 1040), enter your SSN.

**Line 3.** Enter your current address. If you use a P.O. box, include it on this line.

**Line 4.** Enter the address shown on the last return filed if different from the address entered on line 3.

**Note.** If the address on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address. **Signature and date.** Form 4506T-EZ must be signed and dated by the taxpayer listed on line 1a or 2a. If you completed line 5 requesting the information be sent to a third party, the IRS must receive Form 4506T-EZ within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines are completed before signing.

Transcripts of jointly filed tax returns may be furnished to either spouse. Only one signature is required. Sign Form 4506T-EZ exactly as your name appeared on the original return. If you changed your name, also sign your current name.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. If you request a transcript, sections 6103 and 6109 require you to provide this information, including your SSN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506T-EZ will vary depending on individual circumstances. The estimated average time is: **Learning about the law or the form,** 9 min.; **Preparing the form,** 18 min.; and **Copying, assembling, and sending the form to the IRS,** 20 min.

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506T-EZ simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service Tax Products Coordinating Committee SE:W:CAR:MP:T:M:S 1111 Constitution Ave. NW, IR-6526 Washington, DC 20224 Do not send the form to this address. Instead, see *Where to file* on this page.



**EXHIBIT "H"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

January 5, 2015

Nationstar Mortgage
P.O. Box 630348
Irving, TX 75063

*Sent via Certified Mail No: 7014 2120 0004 7824 2550*

**Borrower names:** **Geoffrey H. Holyrod and June D. Holroyd**
**Loan Number:** **0618609077**
**Subject Property:** **740 Coyote Road, Montecito, CA 93108**

**Re: Request for Periodic Billing Statements Pursuant to Section 1026.41 of Regulation Z**

Dear Sir or Madam:

Please consider this letter to constitute a **Request for Periodic Billing Statements related to the servicing of the above-referenced mortgage loan under 12 C.F.R. Section 1026.41 of Regulation Z** of the Mortgage Servicing Act under TILA, as amended by the Consumer Financial Protection Bureau pursuant to the Dodd Frank Act, which became effective on January 10, 2014.

The written authority of the borrower(s) to my law firm for this Request is attached hereto and incorporated herein by this reference.

The borrower(s) hereby request, pursuant to Section 1026.41 of Regulation Z for you, as mortgage servicer, to continue sending the detailed monthly Periodic Billing Statements.

Furthermore, the borrower is waiving any prior "no further contact letter" under the Fair Debt Collections Practices Act or any similar state statute in connection with the delivery and receipt of such statements.

Sincerely yours,
**LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| | | |
|---|---|---|
| Attorney: Joseph R. Manning, Jr. Info@ManningLawOffice.com | Office: 949.200.8755 Facsimile: 866.843.8308 www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150, Newport Beach, CA, 92660 |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: *Nationstar*    LOAN NO.: *0186090 77*

BORROWER: Geoffrey Holroyd    SOCIAL SECURITY NO.: *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*

CO-BORROWER: June Holroyd    *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*

TRUSTEE:    TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito    STATE: CA    ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito    STATE: CA    ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_June Holroyd_
Borrower      Date DEC. 11 2014

_Geoffrey Holroyd_
Co-Borrower      Date DEC. 11 2014

The Law Office of Joseph R. Manning, Jr., APC      PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

Authorized Lender Signature      Date

06UI9A0008MI

# EXHIBIT "I"

English          Customer Service          USPS Mobile                                        Register / Sign In

 **USPS.COM**

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142120000478245025**

## Product & Tracking Information

**Postal Product:**           **Features:**
                              Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:14 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 8, 2015 , 3:40 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 5, 2015 , 8:18 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Available Actions

**Return Receipt After Mailing**

---

## Track Another Package

**Tracking (or receipt) number**

[                                    ]          Track It

---

**HELPFUL LINKS**        **ON ABOUT.USPS.COM**        **OTHER USPS SITES**            **LEGAL INFORMATION**
Contact Us              About USPS Home             Business Customer Gateway        Privacy Policy
Site Index              Newsroom                    Postal Inspectors               Terms of Use
FAQs                    USPS Service Updates        Inspector General               FOIA
                        Forms & Publications        Postal Explorer                 No FEAR Act EEO Data
                        Government Services         National Postal Museum
                        Careers                     Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

[Search or Enter a Tracking Number]

EXHIBIT "J"



# ≊USPS.COM®

## USPS Tracking™

Customer Service ›
Have questions? We're here to help.

---

**Tracking Number: 70100780000193001476**

## Product & Tracking Information

### Available Actions

**Postal Product:**    **Features:**
Certified Mail™

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
| --- | --- | --- |
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
| --- | --- | --- |
| January 9, 2015 , 2:14 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 8, 2015 , 3:39 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 6, 2015 , 9:12 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| January 5, 2015 , 8:35 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

Tracking (or receipt) number

Track It

---

HELPFUL LINKS
Contact Us
Site Index
FAQs

ON ABOUT.USPS.COM
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

OTHER USPS SITES
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

LEGAL INFORMATION
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

EXHIBIT "K"

USPS.com® - USPS Tracking™



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number:** 70142120000478242512

## Product & Tracking Information

**Postal Product:**     **Features:**
                       Certified Mail™

## Available Actions

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:50 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 7, 2015 , 10:19 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 6, 2015 , 9:12 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| January 5, 2015 , 8:39 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

**Tracking (or receipt) number**

Track It

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

EXHIBIT "L"

English          Customer Service          USPS Mobile                                    Register / Sign In



---

# USPS Tracking™


**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142120000478242567**

## Product & Tracking Information

### Available Actions

**Postal Product:**                    **Features:**
                                        Certified Mail™                              **Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:50 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 7, 2015 , 10:19 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 6, 2015 , 9:12 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| January 5, 2015 , 8:37 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

Tracking (or receipt) number

[                                        ]          Track It

---

**HELPFUL LINKS**          **ON ABOUT.USPS.COM**          **OTHER USPS SITES**          **LEGAL INFORMATION**

Contact Us          About USPS Home          Business Customer Gateway          Privacy Policy

Site Index          Newsroom          Postal Inspectors          Terms of Use

FAQs          USPS Service Updates          Inspector General          FOIA

          Forms & Publications          Postal Explorer          No FEAR Act EEO Data

          Government Services          National Postal Museum

          Careers          Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "M"**

 **USPS.COM**

# USPS Tracking™

✉ **Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number:** 70142120000478242529

## Product & Tracking Information

**Postal Product:**                    **Features:**
                                       Certified Mail™

### Available Actions

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:14 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 8, 2015 , 3:40 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 5, 2015 , 8:18 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

**Tracking (or receipt) number**

[                                    ]          **Track It**

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

# EXHIBIT "N"

English        Customer Service        USPS Mobile

Register / Sign In



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142120000478242536**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:14 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 8, 2015 , 3:40 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 5, 2015 , 8:18 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

Tracking (or receipt) number

[                              ]     Track It

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number

**EXHIBIT "O"**

2/27/2015  USPS.com® - USPS Tracking™

 **USPS.COM**

# USPS Tracking™

**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142120000478242543**

## Product & Tracking Information

**Postal Product:**                  **Features:**
                                      Certified Mail™

### Available Actions

**Return Receipt After Mailing**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| January 9, 2015 , 2:50 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 7, 2015 , 10:19 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 6, 2015 , 9:12 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| January 5, 2015 , 8:36 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

---

## Track Another Package

**Tracking (or receipt) number**

[                                        ]     **Track It**

---

**HELPFUL LINKS**            **ON ABOUT.USPS.COM**        **OTHER USPS SITES**            **LEGAL INFORMATION**
Contact Us                  About USPS Home             Business Customer Gateway       Privacy Policy
Site Index                  Newsroom                    Postal Inspectors               Terms of Use
FAQs                        USPS Service Updates         Inspector General               FOIA
                            Forms & Publications         Postal Explorer                 No FEAR Act EEO Data
                            Government Services          National Postal Museum
                            Careers                     Resources for Developers

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "P"**

English     Customer Service     USPS Mobile                            Register / Sign In

# ≡USPS.COM

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142120000478242550**

## Product & Tracking Information

**Postal Product:**

**Features:**
Certified Mail™

## Available Actions

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **January 9, 2015 , 11:46 am** | **Delivered** | **IRVING, TX 75063** |

Your item was delivered at 11:46 am on January 9, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| January 9, 2015 , 2:14 am | Departed USPS Facility | COPPELL, TX 75099 |
| January 8, 2015 , 3:39 pm | Arrived at USPS Facility | COPPELL, TX 75099 |
| January 6, 2015 , 9:12 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| January 5, 2015 , 8:35 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

Tracking (or receipt) number

|  | Track It |
|---|---|

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

# EXHIBIT "Q"

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338330

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

**RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/LOSS MITIGATION**

Loan No.: **0618609077**
Borrowers: **Geoffrey H. Holroyd and June D. Holroyd**
Subject Property Address: 760 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a **Notice of Error** regarding the loan account of **Geoffrey H. Holroyd and June D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information dated January 5, 2015, bearing the Certified Mail number *7014 2120 0004 7824 5025* and whose RFI stated:

   > Pursuant to Sections 1024.41 and 1024.38 of Regulation X, the borrowers hereby request all of the following information:
   > 1. Any and all loss mitigation options available to the borrowers;
   > 2. The requirements for receiving an evaluation of any such loss mitigation option; and
   > 3. The applicable timeline relating to the evaluation of the borrowers for the loss mitigation options and any potential foreclosure process.

2. Failing to respond to the above Reg X RFI **entirely**.

3. Not providing an explanation of the loss mitigation options available to Mr. and Ms. Holroyd.

Ltr 1 – noe 3

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| | | |
|---|---|---|
| Attorney: | Office: 949.200.8755 | 4667 MacArthur Blvd., Suite 150 |
| Joseph R. Manning, Jr. | Facsimile: 866.843.8308 | Newport Beach, CA 92660 |
| Info@ManningLawOffice.com | | www.ManningLawOffice.com |

4. Not providing an explanation of the criteria for determining Mr. and Ms. Holroyd's eligibility for any such loss mitigation options.

5. Not providing an explanation of the process for applying for any such loss mitigation options.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or prior to the foreclosure sale, whichever is earlier. **If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I Comment 35(e)(3)(i)(B)-1.

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.

Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr., Esq.

Enc: Third Party Authorization signed by Borrowers



Ltr 1 – noe 3

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar          LOAN NO.: 0186090077

BORROWER: Geoffrey Holroyd          SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd          01-28-6047

TRUSTEE:          TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐  No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

Borrower          Date: DEC. 11 2014

Co-Borrower          Date: DEC. 11 2014

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PASSWORD: HELP

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

Authorized Lender Signature          Date

Q6IJ9A0008MI

EXHIBIT "R"

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338392

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

## RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/OWNER OF NOTE

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and Jane D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a **Notice of Error** regarding the loan account of **Geoffrey H. Holroyd and Jane D. Holroyd.** Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information dated January 5, 2015, bearing the Certified Mail number *7010 0780 0001 9300 1476* and whose RFI stated:

   "Please provide the following information within the time periods noted herein:

   1. The identity of and address for the current owner of the mortgage loan identified herein.
   2. The identity of and address for the master servicer of the mortgage loan identified herein.
   3. The identify of and address for the current servicer of the mortgage loan identified herein"

2. Failing to respond to the above Reg Z RFI **entirely.**

3. Not providing the identity of, and address or other relevant contact information for the owner or assignee of the loan.

Ltr 1 – noe 9

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8808

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

4. Not providing the identity of, and address or other relevant contact information for, the master servicer of the loan.

5. Not providing the identity of, and address or other relevant contact information for the current servicer of the loan.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or **prior to the foreclosure sale, whichever is earlier. If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(e)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B)-1.

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.

Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr., Esq.

Enc: Third Party Authorization signed by Borrowers

Ltr 1 – noe 9

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney: | Office: 949.200.8755 | 4667 MacArthur Blvd., Ste. 150, |
| Joseph R. Manning, Jr. | Facsimile: 866.843.8308 | Newport Beach, CA, 92660 |
| Info@ManningLawOffice.com | www.ManningLawOffice.com | |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar   LOAN NO.: 0186090 7 7

BORROWER: Geoffrey Holroyd   SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd   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

TRUSTEE:   TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Nail Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

June Holroyd   Date: Dec. 11 2014
Borrower

Geoffrey Holroyd   Date: Dec. 11 2014
Co-Borrower

The Law Office of Joseph R. Manning, Jr., APC   PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____   _____
Authorized Lender Signature   Date

Q6UI9A0008MI

**EXHIBIT "S"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338323

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

**RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/TRANSACTION HISTORY**

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and June D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a **Notice of Error** regarding the loan account of **Geoffrey H. Holyrod and June D. Holyrod.** Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015, bearing the Certified Mail number *7014 2120 0001 7824 2612* and whose RFI stated:

   For purposes of this request, the "life of loan transactional history" means any software program or system by which the servicer records: 1. The current mortgage balance 2. The receipt of all payments 3. The assessment of any late fees or charges. Any corporate advances for any fees or charges, including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code.

2. Failing to respond to the above Reg X RFI **entirely.**

Ltr 1 – noe 2

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

3. Not providing a true and correct copy of the "life of loan transactional history" from origination until the present.

4. Not providing a true and correct copy of the current mortgage balance.

5. Not providing a true and correct copy of receipt of all payments.

6. Not providing a true and correct copy of any corporate advances for any fees or charges, including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge.

7. Not providing a complete list of all such codes and state in plain English a short description for each such code such that Mr. and Mrs. Holroyd would be able to understand the nature of the transaction.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or **prior to the foreclosure sale, whichever is earlier. If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet this deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B).

If you fail to provide the requested information, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you. Please correct all of these errors and acknowledge receipt of the Notice of Error herein referred to within the statutory time period allowed.

Thank you for your attention to this matter.

Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr., Esq.

Enc:    Third Party Authorization signed by Borrowers

Ltr 1 – noe 2

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| | | |
|---|---|---|
| Attorney: Joseph R. Manning, Jr. Info@ManningLawOffice.com | Office: 949.200.8755 Facsimile: 866.843.8308 www.ManningLawOffice.com | 4667 MacArthur Blvd., Ste. 150, Newport Beach, CA, 92660 |

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar          LOAN NO.: 0186090477

BORROWER: Geoffrey Holroyd          SOCIAL SECURITY NO.: 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
                                                              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

CO-BORROWER: June Holroyd

TRUSTEE:                              TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA   ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes [ ]  No [ ]

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA   ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artriola Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahiglan; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____          Dec. 11 2014
Borrower                            Date

_____          Dec. 11 2014
Co-Borrower                         Date

The Law Office of Joseph R. Manning, Jr., APC     PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____          _____
Authorized Lender Signature        Date

Q6UI9A000BMI

**EXHIBIT "T"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338347

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

**RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PAYOFF BALANCE**

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and June D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a **Notice of Error** regarding the loan account of **Geoffrey H. Holroyd and June D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015, bearing the Certified Mail number *7014 2120 0004 7824 2567* and whose RFI stated: "Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a Payoff Balance regarding the above captioned loan."

2. Failing to respond to the above Reg Z RFI **entirely**.

3. Not providing this office with the pay off balance within seven business days of receipt of this request.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or **prior to the foreclosure sale**, whichever is earlier. **If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled**

Ltr 1 – noe 4

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

**or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B)-1.

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.



Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr., Esq.

Enc: Third Party Authorization signed by Borrowers

**Ltr 1 -- noe 4**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar          LOAN NO.: 018609077

BORROWER: Geoffrey Holroyd          SOCIAL SECURITY NO.: 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
                                                          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

CO-BORROWER: June Holroyd

TRUSTEE:                              TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

To Whom it May Concern:

This letter is to serve as my/our written authorization that i/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Antriola Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_June Holroyd_
Borrower

_Geoffrey Holroyd_
Co-Borrower

Dec. 11 2014
Date

Dec. 11 2014
Date

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PASSWORD: HELP

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____
Authorized Lender Signature

_____
Date

QGUI9A000BMI

**EXHIBIT "U"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338354

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

**RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PROOF OF
PROMPT CREDITING**

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and June D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a **Notice of Error** regarding the loan
account of **Geoffrey H. Holroyd and June D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party
Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015,
   bearing the Certified Mail number 7014 2120 0004 7824 2516 and whose RFI stated:
   "Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding
   legal public holidays, Saturdays and Sundays) provide our office with a Proof of Prompt
   Crediting regarding the above captioned loan."

2. Failing to respond to the above Reg Z RFI **entirely**.

3. Not providing this office that all payments to Mr. and Ms. Holroyd's loan account were
   promptly credited as of the date of receipt.

4. Not providing a statement identifying each returned payment or payment held in suspense or
   unapplied funds account.

Ltr 1 – noe 5

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

5. Not providing a statement identifying the action taken for each returned payment or payment held in suspense or unapplied account.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or **prior to the foreclosure sale**, whichever is earlier. **If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B)-1.

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.

Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION



Joseph R. Manning, Jr., Esq.

Enc: Third Party Authorization signed by Borrowers

Ltr 1 – noe 5

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar          LOAN NO.: 618609077

BORROWER: Geoffrey Holroyd          SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd           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

TRUSTEE:                             TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA   ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐  No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito          STATE: CA          ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____
Borrower                          Date: DEC. 11 2014

_____
Co-Borrower                       Date: DEC. 11 2014

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660     PASSWORD: HELP
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____                     _____
Authorized Lender Signature               Date

Q6UJ9A000BMI

EXHIBIT "V"

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338361

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/REINSTATEMENT

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and June D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a Notice of Error regarding the loan account of **Geoffrey H. Holroyd and June D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015, bearing the Certified Mail number *7014 2120 0004 7824 2543* and whose RFI stated: "Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with a Reinstatement Statement regarding the above captioned loan."

2. Failing to respond to the above Reg Z RFI **entirely**.

3. Not providing this office with a reinstatement statement within seven (7) business days of the request.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days **or prior to the foreclosure sale,** whichever is earlier. **If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B)-1.

Ltr 1– noe 6

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.

Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr., Esq.

Enc: Third Party Authorization signed by Borrowers

Ltr 1– noe 6

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar            LOAN NO.: 0186090077

BORROWER: Geoffrey Holroyd            SOCIAL SECURITY NO.: 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
                                                            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

CO-BORROWER: June Holroyd

TRUSTEE:                                TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito            STATE: CA    ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐  No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito            STATE: CA    ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo;Joanna Garzon; Artricia Woods; Kim Lee; Nail Chami; Tina Mehrazar; Katie Nahiglian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____            DEC. 11 2014
Borrower                            Date

_____            DEC. 11 2014
Co-Borrower                         Date

The Law Office of Joseph R. Manning, Jr., APC        PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____            _____
Authorized Lender Signature         Date

Q6UI9A000BMI

EXHIBIT "W"

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

| Attorney: | Office: 949.200.8755 | 4667 MacArthur Blvd., Suite 150 |
|---|---|---|
| Joseph R. Manning, Jr. | Facsimile: 866.843.8308 | Newport Beach, CA 92660 |
| Info@ManningLawOffice.com | | www.ManningLawOffice.com |

February 20, 2015

**Via Certified Mail**
70142870000078338378

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/PERIODIC
BILLING STATEMENT

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and June D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a Notice of Error regarding the loan
account of **Geoffrey H. Holroyd and June D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party
Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015,
   bearing the Certified Mail number *7014 2120 0004 7824 2550* and whose RFI stated: "The
   borrower(s) hereby request, pursuant to Section 1026.41 of Regulation Z, for you, as
   mortgage servicer, to continue sending the detailed monthly Periodic Billing Statements."

2. Failing to respond to the above Reg Z RFI **entirely**.

3. Not providing this office with periodic billing statements in accordance with 12 C.F.R.
   section 1026.41.

4. Not providing this office with periodic billing statements that include: the amount due; an
   explanation of the amount due, a breakdown of all past payments, the transaction activity,
   information regarding any partial payments, contact information, account information and
   delinquency information.

Ltr 1 – noe 7

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days or **prior to the foreclosure sale**, whichever is earlier. **If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline**. See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(e)(3)(i)(B)-1.

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.



Sincerely,
LAW OFFICES OF JOSEPH R. MANNING, JR.
A PROFESSIONAL CORPORATION

Joseph R. Manning, Jr. Esq.

Enc:    Third Party Authorization signed by Borrowers



Ltr 1 – noe 7

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8908
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar  LOAN NO.: 0186090477

BORROWER: Geoffrey Holroyd  SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd  01-28-6047

TRUSTEE:  TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito  STATE: CA  ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito  STATE: CA  ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

_____  Dec. 11 2014
Borrower  Date

_____  Dec. 11 2014
Co-Borrower  Date

The Law Office of Joseph R. Manning, Jr., APC  PASSWORD: HELP
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

_____  _____
Authorized Lender Signature  Date

Q6UI9A0008MI

**EXHIBIT "X"**

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

February 20, 2015

**Via Certified Mail**
70142870000078338385

Nationstar
Attn: Notice of Error
P.O. Box 630348
Irving, TX 75063
Fax: (972) 459-1611; (469) 312-4241; (972) 315-6827

**RE: NOTICE OF ERROR (NOE) UNDER C.F.R. SECTION 1024.35 "NOTICE"/ITEMIZED PAYOFF BALANCE**

Loan No.: 0618609077
Borrowers: Geoffrey H. Holroyd and Anne D. Holroyd
Subject Property Address: 740 Coyote Rd., Montecito, CA 93108

To Whom It May Concern:

Pursuant to 12 C.F.R. § 1024.35, please consider this letter to be a Notice of Error regarding the loan account of **Geoffrey H. Holroyd and Anne D. Holroyd**. Attached is Mr. and Ms. Holroyd's Third Party Authorization authorizing you to communicate with us regarding Mr. and Ms. Holroyd's loan.

Specifically, we believe you are in error for:

1. Not acknowledging receipt of the Request for Information (RFI) dated January 5, 2015, bearing the Certified Mail number *7014 2120 0004 7824 2529* and whose RFI stated: "Pursuant to Section 1026.36 of Regulation Z, you must within seven (7) days (excluding legal public holidays, Saturdays and Sundays) provide our office with an Itemized Payoff Statement."

2. Failing to respond to the above Reg Z RFI **entirely.**

3. Not providing this office with the itemized pay off balance within seven business days of receipt of this request.

The CFPB rules require that you acknowledge receipt of this notice in writing within five business days and investigate, correct, or respond to the errors asserted herein within 30 business days **or prior to the foreclosure sale, whichever is earlier. If you are unable to investigate and respond by the earlier of the foreclosure sale or 30 business days after receipt of the error notice, the sale should be cancelled or postponed in order to meet the deadline.** See 12 C.F.R. § 1024.35(a)(3)(i)(B), 12 C.F.R. part 1024 Supplement I, Comment 35(c)(3)(i)(B)-1.

Ltr 1 – noe 8

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308

4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
www.ManningLawOffice.com

If you fail to provide the requested information, investigate and correct the errors asserted herein, the borrowers will have no choice but to take legal action against you. We look forward to hearing from you.

Sincerely,
**LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**

Joseph R. Manning, Jr., Esq.

Enc:     Third Party Authorization signed by Borrowers



Ltr 1 – noe 8

# Manning Law Office, APC

CIVIL TRIALS, FORECLOSURE DEFENSE, PERSONAL INJURY, CONSUMER PROTECTION & BANKRUPTCY COUNSEL

Attorney:
Joseph R. Manning, Jr.
Info@ManningLawOffice.com

Office: 949.200.8755
Facsimile: 866.843.8308
www.ManningLawOffice.com

4667 MacArthur Blvd., Ste. 150,
Newport Beach, CA, 92660

## LETTER OF AUTHORIZATION

LENDER/SERVICER: Nationstar   LOAN NO.: 618609077

BORROWER: Geoffrey Holroyd   SOCIAL SECURITY NO.: 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

CO-BORROWER: June Holroyd   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

TRUSTEE:   TS NO.:

PROPERTY ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

IS YOUR PROPERTY ADDRESS THE SAME AS YOUR MAILING ADDRESS? Yes ☐ No ☐

IF NO, PLEASE PROVIDE YOR MAILING ADDRESS:

MAILING ADDRESS: 740 Coyote Rd.

CITY: Montecito   STATE: CA   ZIP CODE: 93108

To Whom It May Concern:

This letter is to serve as my/our written authorization that I/we, the mortgagor on the above referenced property, do hereby grant The Law Office of Joseph R. Manning Jr. permission to discuss all current and future matters related to my mortgage. Their contact information is listed below. My authorized agents are: Diana Lopez; Richard Avalos; Amy Olmedo; Joanna Garzon; Artricia Woods; Kim Lee; Naji Chami; Tina Mehrazar; Katie Nahigian; Janet Harris. This authorization is effective from the date of client(s) signature indicated on the bottom of this form and remains valid for the next 365 consecutive days.

Should you be in possession of previous "Authorization to Release Lending Information" form, please delete them from your records at my/our request.

Borrower   Date: Dec. 11 2014

Co-Borrower   Date: Dec. 11 2014

The Law Office of Joseph R. Manning, Jr., APC
4667 MacArthur Blvd, Suite 150, Newport Beach, CA 92660
Office: (949) 200-8755 Fax: (866) 843-8308

PASSWORD: HELP

PLEASE DO NOT WRITE BELOW THIS LINE. FOR LENDER USE ONLY

Authorized Lender Signature   Date

06U19A000BMI

**EXHIBIT "Y"**

English        Customer Service        USPS Mobile                                    Register / Sign In



## USPS.COM®

# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

---

**Tracking Number: 70142870000078338330**

## Product & Tracking Information

**Postal Product:**

**Extra Svc:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **February 26, 2015 , 11:05 am** | Delivered | **IRVING, TX 75063** |

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| | | |
|---|---|---|
| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
| February 25, 2015 , 6:46 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:02 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Available Actions

**Text Updates**

**Email Updates**

**Return Receipt After Mailing**

---

## Track Another Package

**Tracking (or receipt) number**

Track It

---

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

**EXHIBIT "Z"**



# USPS Tracking™



**Customer Service ›**
Have questions? We're here to help.

Tracking Number: 70142870000078338392

## Product & Tracking Information

### Available Actions

**Postal Product:**                 **Extra Svc:**
                                    Certified Mail™                      Text Updates

| DATE & TIME | STATUS OF ITEM | LOCATION | |
|---|---|---|---|
| February 26, 2015 , 11:05 am | Delivered | IRVING, TX 75063 | Email Updates |

Return Receipt After Mailing

Your item was delivered at 11:05 am on February 26, 2015 in IRVING, TX 75063.

| February 25, 2015 , 8:55 pm | Departed USPS Facility | COPPELL, TX 75099 |
|---|---|---|
| February 25, 2015 , 6:46 am | Arrived at USPS Facility | COPPELL, TX 75099 |
| February 21, 2015 , 6:01 am | Departed USPS Facility | SANTA ANA, CA 92799 |
| February 20, 2015 , 7:07 pm | Arrived at USPS Facility | SANTA ANA, CA 92799 |

## Track Another Package

Tracking (or receipt) number

| | Track It |
|---|---|

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.