**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
Michael J. Manning, Esq. (State Bar No. 286879)
Craig G. Côté, Esq. (State Bar No. 132885)
4667 MacArthur Boulevard, Suite 150
Newport Beach, CA 92660
**PH: (949) 200-8755**
FX: (866) 843-8308

Attorneys for Plaintiffs:  GEOFFREY H. and JUNE D. HOLROYD
                         Individually and as Trustees

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| GEOFFREY H. HOLROYD, and JUNE D. HOLROYD, INDIVIDUALLY and as TRUSTEES OF THE HOLROYD FAMILY TRUST, <br><br> PLAINTIFFS, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC, <br><br> DEFENDANT. | Case No.:  **2:15-cv-02455-RGK-AS** <br><br> **STIPULATION GRANTING LEAVE TO DEEM LATE FILING OF SECOND AMENDED COMPLAINT FOR DAMAGES AND EQUITABLE RELIEF AS TIMELY** <br><br> [Filed concurrently with [Proposed] Order hereinunder] <br><br> **JUDGE:** Hon. R. Gary Klausner <br> **CTRM:**  850 <br><br> Action Filed:  March 7, 2014 <br> Trial Date:    None Set |

JOSEPH R. MANNING, JR., ESQ.
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

---

**WHEREAS** Plaintiffs GEOFFREY HOLROYD and  JUNE HOLROYD ("Holroyd") received from the court a modified stipulation which ordered the date for the filing of the Second Amended Complaint to be no later than noon on July 10, 2015;

**WHEREAS** Holroyd filed the Second Amended Complaint on the first court day after July 10, 2015;

**WHEREAS** Defendant NATIONSTAR MORTGAGE LLC ("Nationstar") received said Second Amended Complaint approximately one week prior to its lodging with the stipulation thereon;

**WHEREAS** counsel for Holroyd and Nationstar have been meeting and conferring about the pleadings in this action, and potential settlement thereof, since April 22, 2015;

**WHEREAS** counsel for Nationstar has stipulated that no prejudice exists to Nationstar with the deeming of the late filing of the Second Amended as timely;

**WHEREAS** counsel for Holroyd admits that such late filing was from inadvertent error due to attorney error for the staff misunderstanding of the Court's requirements;

**WHEREAS**  counsel for the parties herein desire to continue to meeting and conferring concerning the Second Amended Complaint and have the above-entitled action proceed with the Second Amended Complaint on its merits;

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

JOSEPH R. MANNING, JR., ESQ.
4667 MACARTHUR BLVD., STE. 150
NEWPORT BEACH, CA 92660

**STIPULATION RE SECOND AMENDED COMPLAINT**

2

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES HEREIN** by and through their attorneys of record, that, pursuant to Fed. R. Civ. P. 15(a) that Holroyd's Second Amended Complaint is deemed having been filed timely under all the terms and conditions set upon it by the previously filed Stipulation thereon as approved and ordered by the court.

**SO STIPULATED.**

**DATED:** July 14, 2015                    THE LAW OFFICES OF JOSEPH R. MANNING, JR., APC


                                            By: /s/ *Joseph R. Manning, Jr.*
                                            Attorneys for Plaintiffs


**DATED:** July 14, 2015                    GREEN & HALL, a Professional Corporation


                                            By: /s/ *Michael E. Lisko*
                                              Howard D. Hall
                                              Michael E. Lisko

                                            Attorneys for Defendant


**ORDER**


**IT IS SO ORDERED:**


**DATED:** _____        _____

                                            **Honorable, Judge R. Gary Klausner**

JOSEPH R. MANNING, JR., ESQ.
4667 MacArthur Blvd., Ste. 150
Newport Beach, CA 92660